## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| LIGHTSPEED MEDIA CORP., | ) | |
| | ) | Civil No. 3:12-cv-889-DRH-SCW |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | **ANTHONY SMITH'S REPLY** |
| | ) | **IN FURTHER SUPPORT OF** |
| ANTHONY SMITH, et al., | ) | **HIS MOTION FOR** |
| | ) | **DISCOVERY SANCTIONS** |
| *Defendants*. | ) | |
| _____ | ) | |

**I.     Plaintiff's Counsel's Oppositions Justify This Reply Pursuant to Local Rule 7.1(c).**

In opposition to Smith's motion for discovery sanctions (Dkt. No. 153) ("Motion"), Plaintiff's Counsel quibble over tangential issues, rehash previously denied arguments, mischaracterize the facts and continue to make factual assertions without citation and which are directly contradicted by evidence Smith uncovered through subpoenas. *See* Dkt. Nos. 159, 160 & 162. Pursuant to Local Rule 7.1(c), these Oppositions give rise to exceptional circumstances that require this Reply.

**II.    The Court's Finding That Plaintiff's Counsel Act in Concert Remains the Law of the Case.**

Plaintiff's Counsel assert the *"Who, me?" Defense* in their oppositions to Smith's Motion. *See, e.g.*, Dkt. No. 162 at 1 ("Smith's motion for "obstructing discovery" fails to allege a single fact with respect to any action that he believes that the undersigned took."); Dkt. No. 159 at 2 ("he does not allege that Hansmeier engaged in misconduct"). This argument is made in tandem with claims of improper service of the discovery subpoenas. To wit, Plaintiff's Counsel bemoan "service of subpoenas near due date if at all." *See, e.g.,* Dkt. No. 162 at 2; Dkt. No. 159 at 2.[1]

This line of defense is a nullity. Neither Steele nor Duffy have denied receiving the subpoenas. Even if Hansmeier didn't receive the March 24 subpoenas as he claims (Dkt. No. 166),

---

[1] On May 6, 2014, Hansmeier emailed the undersigned requesting a copy of the return receipt confirming delivery upon him of the March 24 subpoenas. The undersigned informed Hansmeier that he had not yet received a receipt for that particular mailing. It was only after Hansmeier filed his Reply that the undersigned became aware of the erroneously filed receipt for Hansmeier at issue. *See*, Dkt. No. 166; Dkt. No. 165-2 at 6. There was no intent by the undersigned to mislead the Court or Hansmeier. The undersigned has several return receipts for packages that Hansmeier has denied receiving, and inadvertently included one such return receipt among those for the March 24 subpoenas. Even so, there is no dispute as to the validity of the purchase receipt, tracking number or that the package was indeed sent to Hansmeier. *See* Dkt. No. 165 at 4-5. "Service is complete upon mailing." Fed.R.Civ.P. 5(b)(2)(c).

the Court has already ruled that service upon one is effective service upon all. *See* Dkt. No. 100 at 6-8. The Court also found that Plaintiff's Counsel worked in tandem. *Id.* Those determinations still hold under the law of the case doctrine. *Jarrard v. CDI Telecomms., Inc.*, 408 F.3d 905, 911-12 (7th Cir. 2005) *(*"when a court decides upon a rule of law, that decision should continue to govern the same issues in subsequent stages in the same case.") *See* also Dkt. No. 165 at 4-5.

Plaintiff's Counsel take umbrage at what they characterize as Smith "declaring one entity to be an "alias" of another, with absolutely no valid factual support."[2] *See, e.g.* Dkt. No. 162 at 1. Steele in particular is "startled" to find Steele Law, his former divorce practice among the subpoenas' list of known aliases. *See*, Dkt. No. 160 at 2. He shouldn't be. Discovery obtained shows that Steele Law[3] actively engaged in financial transactions with the other "unrelated" aliases, i.e.:

1.    October 4, 2010, Media Copyright Group (acct. #0787) receives a $1,900 deposit from Steele Law (IOLTA acct. #0878). *See* Ex. A.

2.    April 6, 2011, Steele Hansmeier submits a new attorney application to Pearl Insurance on behalf of Jamie Serrano for Steele Law. *See,* Ex. B.

3.    In May of 2011, Steele Law (acct. #3470) deposits $2,206.00 and later withdraws $3,725.00 from Steele Hansmeier (acct. #7160). *See* Ex. C.

4.    June 17, 2011, Steele Law (acct. #3470) deposits $5,000 into Steele Hansmeier (acct. #7160). *See* Ex. D.

Even if some of these aliases were created "years after" (Dkt. No. 160 at 2) the sale of Steele Law on February 24, 2011[4], its accounts remained active. Steele Law transferred assets to Miami Beach Consulting[5] ten months after the sale (*See* Ex. E), and it continued to maintain accounts as recently as July 2013. *See* Ex. F.

_____

[2] This argument too, is mooted by the law of the case doctrine. *See* Dkt. No. 125  at 3. ("Smith provides compelling reasons why the financial records of these individuals and entities were subpoenaed.") (*citing* Dkt. No. 124 at 3-4).

[3] Steele asserts he sold Steele Law and "moved to Florida in 2011." Dkt. No. 160 at 2. When defending a sanctions action in Florida a year later, Steele claimed to be a resident of Nevada. *Sunlust, LLC v. Nguyen*, No. 12-cv-01685-MAP, Doc. No. 40-5 (M.D. Fla. Dec. 20, 2012). Two months later, Steele was once again a resident of Florida. *Steele v. Godfread, et al,* No.13-6680 CA 4, (11th Cir., Miami-Dade Cty., Fla. Feb. 25, 2013). Anyone who doesn't take truth seriously in small matters cannot be trusted in large ones either.

[4] Illinois Secretary of State Corporation/LLC Database, available at http://www.ilsos.gov/corporatellc/

[5] Miami Beach Consulting was formed October 20, 2011 and owned in whole by Steele's wife. *See*, Ex. E.

### III.    Ownership of Prenda.

Prenda was incorporated on November 7, 2011.[6] Yet, Prenda was using Steele Hansmeier's address as early as Sep. 27, 2011—two months prior to its existence (*Hard Drive Productions, Inc. v. Does 1-1,495*, No. 11-cv-01741 (D.D.C. Sep. 27, 2011)); and Steele before Prenda's incorporation, registered 'prendalaw.com' on October 20, 2011 and continues to control the domain. *Duffy v. Godfread, et al*, No. 13-cv-01569, Docs. 16-3, 16-4 and 16-5 (N.D. Ill. filed May 14, 2013) (collecting several alias-related domains owned and controlled by Steele and Hansmeier, including "6881forensics.com").

Nonetheless, Plaintiff's Counsel assert that Steele and Hansmeier have no involvement with Prenda—at least in open court. See Dkt. No. 156 at 1 ("claims including the lie that Steele has an ownership interest in Prenda Law are now before this Court"); Dkt. No. 155 at 1 ("Smith's claims and/or suggestions to the contrary are baseless, unsupported by any evidence, and categorically false."); Dkt. No. 101 at 18-19 ("The other side likes to say that I'm involved with Prenda law firm and make these blanket statements, but the record is very clear on the point that my entry of appearance was through Alpha Law Firm, not through Prenda law firm.")[7] The strength of these assertions wither in light of the facts. Consider the following:

1.    Duffy was slated to join Steele Hansmeier in March 2011 but later opted not to. *See,* Ex. G

2.    January 29, 2013,[8] Steele issued a check in the amount of $4,804.79 to CitiCards. The check had Steele's address but was drawn on Prenda's account. *See* Ex. H.

3.    Pearl Insurance considered Prenda's coverage to be a continuance of Steele Hansmeier's. Both entities share the same policy number. *See,* Ex. I. More so, Prenda's insurance renewal is paid by check with the identifier "Steele – Prenda."[9] *See* Ex. J.

---

[6] Illinois Secretary of State Corporation/LLC Database, available at http://www.ilsos.gov/corporatellc/

[7] *See also Sunlust, LLC v. Nguyen,* No. 12-cv-01685, Affidavit of John Steele, Doc. 40-5 (M.D. Fla. Dec. 20, 2012). ("I have no ownership in Prenda Law Inc.); *Ingenuity 13 v. Doe*, 12-cv-08333, Deposition of Paul Hansmeier, Doc. 69-1 at 135 (C.D. Cal. March 15, 2013) ("Q. Did you ever work for Prenda Law, Inc.? A. No."); *Duffy v. Godfread, et al*, No. 13-cv-01569, Sanctions Order, Doc. 60 (N.D. Ill. Feb. 3, 2014) ("Paul Duffy, attorney and sole officer of Prenda").

[8] This event occurs long after the "approximately six-month transition period" identified by Steele in his pleadings. *See* Dkt. No. 156 at 4.

[9] Steele's contention he never signed any checks or used his signature in any way with the accounts in question (Dkt. No. 156 at 10) is dubious as Duffy's signature is always stamped. *See*, Ex. H. *See also*, Ex. J

4.     Hansmeier, via his Alpha Law Firm, covered Prenda's November 2011, December 2011, and January 2012 payroll totaling more than $39,000.00. *See* Ex. K.

5.     Alpha Law also shares at least three employees with Prenda and Class Action Justice Institute ("Class Action")—Nathan Wersal, Peter Hansmeier and Michael Dugas. *See, e.g.,* Ex. K, L & M (Wersal); *Guava LLC v. Spencer Merkel*, No. 27-cv-12-20976 (4th Dist. Hennepin Cty., Minn. Aug. 30, 2013) (order "imposing sanctions upon Michael K. Dugas and Alpha Law Firm LLC for bad faith litigation").

6.     Alpha Law also financed Hansmeier's Class Action. *See* Ex. L. Alpha Law/Class Action purportedly consists only of Hansmeier. *Ingenuity 13 v. Doe*, 12-cv-08333, Doc. 69-1 at 135 (C.D. Cal. March 15, 2013) ("Alpha Law Firm doesn't have any employees. I'm the manager.). That same day Hansmeier made that statement he issued a check on behalf of Class Action to Steele for $15,000 with the notation "member distribution" "return of capital" *See* Ex. M.

7.     Communications with Prenda's insurer identify Steele as someone with authority to bind Prenda. *See* Ex. N.

8.     Hansmeier too had a say in Prenda's operation, initialing his decision for the chosen level of insurance coverage for Prenda. *See* Ex. O (with exemplars of Hansmeier's initials). Note, this document shows Prenda consists of *three* partners.

9.     The difference between the various entities is perhaps best surmised by Steele himself. On October 11, 2012, Steele sent an email from his @6881forensics.com to Prenda's insurer. Protesting an increase in insurance rates, Steele stated: "Nothing has really changed in our firm" *See* Ex. P.

## IV.   What Plaintiff's Counsel Hope to Hide.

Steele's affirmative misrepresentations that the March 24 subpoenas were "stayed" (see, Dkt. No. 153) were made with the express intent to obstruct discovery of assets Steele and Hansmeier sought to conceal. Plaintiff's Counsel's phantom stay (later made real by the motion to quash Dkt. No. 166) denied Smith access to key accounts identified and subpoenaed at ING (Hansmeier) & Sabadell Bank (Steele). Smith can only guess at what is still being concealed.

### A.   Sabadell Bank.

Smith has identified transactions between accounts owned by Steele and Sierra Investment Partners ("Sierra") totaling $212,125.00. *See*, Ex. Q. Sierra is a business Steele co-owns with Robert Balzebre that maintains an account at Sabadell Bank. *See,* Ex. R. Mr. Balzebre has been involved with Steele in several business ventures going back to 1997—including Steele Hansmeier. *See* Ex. S. Continued discovery would clarify the true extent of Steele's financial holdings.

**B. ING.**

Hansmeier transferred at least $62,979.00 into an account at ING (now owned by Capital One). *See* Ex. T. Similarly, Hansmeier has transferred $515,000 to Monyet LLC with the notation that such checks were for "estate planning." *See* Ex. U. Smith can only surmise that Monyet's account(s) may also be found at ING. Said company has no discernible address, officers, employees, products or services—but a transfer from Livewire indicates who the owner is: "Monyet/Paul Robert Hansmeier." *Id.*

**C. Pershing, LLC.**

Steele's frenzied attempt to prevent GMS Group, from complying with discovery though Smith has not yet subpoenaed them, is now understood. Dkt. No. 158. Documents produced by Pershing include statements from GMS Group. Pershing is a clearing firm for GMS Group, and while it has in its possession some documents from GMS Group, it by no means has them all. What Smith was able to obtain indicates Steele transferred via GMS Group in excess of $200,000.00 to various accounts, and under at least two other of his business aliases/shell companies to banks with branches in the US, UK and Canada. *See* Ex. V.

**D. Stocks.**

Smith has also identified stock purchases made by Steele with Chase Bank totaling $149,938.30 on March 3, 2011 (*see* Ex. W) and multiple transfers to Charles Schwab totaling $276,665.11 (*see* Ex. X).

**CONCLUSION**

Plaintiff's Counsel have identified no current sources of income,[10] yet are able to maintain mortgages in excess of $500,000.00 (*see* Ex. Y); able to provide for their families' living expenses; and even on occasion add a pool, spa and other renovations to their home. *See* Ex. Z. Their violations of the Federal Rules to prevent Smith from clarifying their Byzantine finances should be sanctioned.

Smith therefore and for the reasons stated in his motion, respectfully urges this Court to grant his Motion in all regards.

---

[10] Dkt. No. 65-1 ("Mr. Steele: I no longer actively practice law.")

Dated: May 16, 2014                                Respectfully,


                                                   /s/ Jason Sweet
                                                   Jason E. Sweet (admitted *pro hac vice*)
                                                   Email: jsweet@boothsweet.com


                                                   /s/ Dan Booth (with consent)
                                                   Dan Booth (admitted *pro hac vice*)
                                                   Email: dbooth@boothsweet.com


                                                   BOOTH SWEET LLP
                                                   32R Essex Street
                                                   Cambridge, MA 02139
                                                   Tel.: (617) 250-8602
                                                   Fax: (617) 250-8883
                                                   *Counsel for Defendant Anthony Smith*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 16, 2014, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system.


                                                   /s/ Jason Sweet
                                                   Jason E. Sweet

**FIFTH THIRD BANK**
(CHICAGO)
P.O. BOX 630900 CINCINNATI OH  45263-0900

MEDIA COPYRIGHT GROUP LLC
161 N CLARK ST SUITE 4700
CHICAGO IL  60601-3201

0

27436

Banking Center: 161 North Clark
Banking Center Phone: 312-368-1201
Commercial Client Services: 1-800-589-5355
www.53.com

## Account Summary - 7235500787

| | | | | | |
|---|---|---|---|---|---|
| 10/01 | Beginning Balance | $1,658.61 | Number of Days in Period | | 29 |
| 13 | Checks | $(11,068.54) | | | |
| 1 | Withdrawals / Debits | $(74.95) | | | |
| 14 | Deposits / Credits | $40,356.50 | | | |
| 10/29 | Ending Balance | $30,871.62 | | | |

### Checks

**13 checks totaling $11,068.54**

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 2314 i | 10/04 | 397.14 | 2326 i | 10/21 | 950.00 | 2331*i | 10/20 | 950.00 |
| 2315 i | 10/12 | 1,000.00 | 2327 i | 10/13 | 350.00 | 2332 i | 10/20 | 927.77 |
| 2319*i | 10/20 | 2,100.00 | 2328 i | 10/20 | 1,368.30 | 2334*i | 10/27 | 1,000.00 |
| 2323*i | 10/13 | 122.81 | 2329 i | 10/26 | 100.00 | 2335 i | 10/25 | 1,600.00 |
| 2325*i | 10/14 | 202.52 | | | | | | |

### Withdrawals / Debits

**1 item totaling $74.95**

| Date | Amount | Description |
|---|---|---|
| 10/27 | 74.95 | DLX For Business BUS PROD 02018698557128 MEDIA COPYRIGHT GROUP, 102710 |

### Deposits / Credits

**14 items totaling $40,356.50**

| Date | Amount | Description |
|---|---|---|
| 10/04 | 1,900.00 | DEPOSIT |
| 10/04 | 2,000.00 | DEPOSIT |
| 10/15 | 2,500.00 | DEPOSIT |
| 10/18 | 2,900.00 | BANKCARD-8566 MTOT DEP 518089424015998 MEDIA COPYRIGHT GROUP, 101810 |
| 10/19 | 1,500.00 | BANKCARD-8566 MTOT DEP 518089424015998 MEDIA COPYRIGHT GROUP, 101910 |
| 10/20 | 4,100.00 | DEPOSIT |
| 10/21 | 5,300.00 | DEPOSIT |
| 10/22 | 3,800.00 | DEPOSIT |
| 10/25 | 1,000.00 | BANKCARD-8566 MTOT DEP 518089424015998 MEDIA COPYRIGHT GROUP, 102510 |
| 10/27 | 1,456.50 | AMERICAN EXPRESS PAYMENT DATE 10300 SETTLEMENT 3122795149 MEDIA COPYRI3122795149 102710 |
| 10/27 | 4,400.00 | DEPOSIT |
| 10/28 | 1,900.00 | BANKCARD-8566 MTOT DEP 518089424015998 MEDIA COPYRIGHT GROUP, 102810 |
| 10/28 | 1,900.00 | BANKCARD-8566 MTOT DEP 518089424015998 MEDIA COPYRIGHT GROUP, 102810 |
| 10/29 | 5,700.00 | BANKCARD-8566 BTOT DEP 518089424015998 MEDIA COPYRIGHT GROUP, 102910 |

### Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/04 | 5,161.47 | 10/18 | 8,886.14 | 10/25 | 16,690.07 |
| 10/12 | 4,161.47 | 10/19 | 10,386.14 | 10/26 | 16,590.07 |
| 10/13 | 3,688.66 | 10/20 | 9,140.07 | 10/27 | 21,371.62 |
| 10/14 | 3,486.14 | 10/21 | 13,490.07 | 10/28 | 25,171.62 |
| 10/15 | 5,986.14 | 10/22 | 17,290.07 | 10/29 | 30,871.62 |

Page 1 of 1

Case 3:12-cv-00889-DRH-SCW    Document 172-1 *SEALED*    Filed 05/16/14    Page 2 of 2
Case: 14-1682    Document: 26-9    Filed: 07/30/2014    Pages: 90
PageID 3901



Posting Date 2010 Oct 04 Posting Check Number 600
Amount $1,900.00

Posting Date  2010 Oct 04 Posting Check Number
600 Amount  $1,900.00



Posting Date 2010 Oct 04 Posting Check Number
2013 Amount $1,900.00

Posting Date  2010 Oct 04 Posting Check Number
2013 Amount  $1,900.00

**INTELLECTUAL PROPERTY LAWYERS PROFESSIONAL LIABILITY**
**NEW ATTORNEY INFORMATION SUPPLEMENTAL APPLICATION**

**INSTRUCTIONS:**

A.   This form is to be completed by the Named Insured for each new attorney joining the firm.

B.   If space is insufficient to answer questions fully, continue on a separate sheet of paper and indicate the question number.

C.   Answer all questions completely.

D.   This supplemental application must be signed and dated by the New Attorney, and also the proprietor, partner, member or officer of the Named Insured authorized to procure and bind insurance for the firm.

This Supplement will form a part of the basic application submitted for the firm named below.

1.   A. Named Insured of Expiring Policy (or Renewal Applicant, if different):

STEELE LAW, LLC.

B. Policy Number: _____

C. Expiration Date: _____/_____/_____

2.

| Lawyer Name | Designation Code* | Years in Practice | State(s) / Year(s) Admitted | Specialty(ies) ** |
|---|---|---|---|---|
| JAMIE SERRANO | E | 1.5 | IL /2009 | |

*    **Designation Codes:**
   O   –   Officer, Director or Shareholder of the Corporation
   P   =   Partner of a Partnership
   CA   =   Contract Attorney
   E   =   Employed Attorney (must be employee of applicant)
   OC   =   Of Counsel attorney for whom coverage is desired

**   **Specialties:**   Refer to Question 11B of the Named Insured's Renewal Application.

3.   On what date did you commence employment with the Named Insured or Renewal Applicant above?       4 / 1 /11

4.   List the lawyers professional liability insurance policies under which you have been insured for each of the past five (5) years, including any periods of NO coverage.  If the insurance coverage was through another law firm, only list firm name and dates of employment.

| From: MM/DD/YY | To: MM/DD/YY | Insurance Company | Limit of Liability | Retention/ Deductible |
|---|---|---|---|---|
| / / | N/A | | | |
| / / | / / | | | |
| / / | / / | | | |
| / / | / / | | | |
| / / | / / | | | |

IP – 92 (09/01)                                                                Page 1 of 3

**SUPPLEMENT 1** (continued)

5. Within the last (5) years, have you been refused admission to practice, disbarred, suspended, reprimanded, sanctioned, otherwise disciplined, or held in contempt by any court, administrative agency or regulatory body?      Yes _____  No __✓__ .

   If yes, please provide complete details on a separate sheet, including a copy of the court's order.

6. Have you ever been the subject of a disciplinary complaint being made to by any court, administrative agency or regulatory body?      Yes _____  No __✓__

   If yes, please provide complete details on a separate sheet, including a copy of the court's order.

7. Within the last (5) years, has any professional liability claim or suit been made against:

   A. you individually, or any firm of which you were a sole proprietor?      Yes _____  No __✓__

   B. any firm of which you were a Partner, Officer, Director or Shareholder, an employee or an Of Counsel?      Yes _____  No __✓__ .

8. Do you know of any claim, circumstance, incident, act, error or omission arising out of the performance of professional services for others which might reasonably be the basis for a claim or suit against:

   A. you individually, or any firm of which you were a sole proprietor?      Yes _____  No __✓__ .

   B. any firm of which you were a Partner, Officer, Director or Shareholder, an employee or an Of Counsel?      Yes _____  No __✓__

   **IT IS AGREED THAT, IF SUCH KNOWLEDGE OR INFORMATION EXISTS, ANY CLAIM OR SUIT ARISING THERE FROM WILL BE EXCLUDED FROM THIS PROPOSED COVERAGE.**

   If you answer "yes" to Question 7 or Question 8 above, a Supplemental Claim Information Form must be completed for each claim or incident in order for your application to be considered.

9. Have all matters disclosed in questions 7 or 8 above been reported to your former or current insurer(s)?      Yes _____  No _N/A_

10. Have you had professional liability insurance or similar insurance declined, canceled, non-renewed, or issued only on restricted terms in the last five years?      Yes _____  No __✓__

    If yes, please provide complete details on a separate sheet.

11. Outside Director, Officer, Fiduciary* or Equity Interest Positions

    A. Do you (and / or your spouse or immediate family member) serve as a director or officer, in a fiduciary* capacity, or have any ownership interest in the business of a client?      Yes _____  No __✓__

    B. Do you serve as a director, officer, trustee, consultant, employee or partner of, or exercise any fiduciary* management control over any business or organization other than that of a client?      Yes _____  No __✓__

       * **Fiduciary** means an administrator, conservator, executor, guardian, trustee receiver, escrow agent or any similar capacity.

       If "yes", to either Part A or B above, complete Part C on the following page.

**SUPPLEMENT 1** (continued)

**11.**   Outside Director, Officer, Fiduciary* or Equity Interest Positions (Continued from Page 2)

**C.**   If you answered "yes" to either Part A or B above, please complete the following table:

| * **Position Held:** | **D** | = | Director | **C** | = | Consultant | **FM** | = | Fiduciary Management Control |
|---|---|---|---|---|---|---|---|---|---|
| | **O** | = | Officer | **E** | = | Employee | **F** | = | Fiduciary |
| | **T** | = | Trustee | **P** | = | Partner | **OI** | = | Ownership Interest |

| Name of Lawyer, Spouse or Family Member. | Name / Nature of Business | Position Held* (see above) and Date of Affiliation | Client of Lawyer | Description of Professional Services Performed | Total % Equity Interest Held | % of Lawyer's Annual Income | D&O Insurance Or Indemnity Agreement |
|---|---|---|---|---|---|---|---|
| | | | ☐ Yes ☐ No | | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No | | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No | | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No | | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No | | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No | | | | ☐ Yes ☐ No |

Notice: It is represented that the information contained herein is true and deemed incorporated into the Named Insured's Lawyers Professional Liability Insurance Application. I/We hereby authorize the release of claim information from any prior insurer to Certain Underwriters at Lloyd's of London.

Notice to New Jersey, New York and Pennsylvania Applicants: "Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties. Under New York law, such person shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation."

_____
Signature of New Attorney

_____
Signature of Proprietor, Partner, Member or Officer of the Named Insured

4/6/11
Date

4/6/11
Date

IP – 92 (09/01)                                                                          Page 3 of 3

## Wagner, Mary

| | |
|---|---|
| **From:** | Wanda Robinson [wrobinson@jamisongroup.com] |
| **Sent:** | Monday, April 11, 2011 1:54 PM |
| **To:** | FAX-PSU |
| **Subject:** | RE: Steele Hansmeier/1-16KNKV |

Hi Mary, thank you for the new attorney supplement. Please advise whether the firm had a name change. On the supplement the name reads Steele Law, LLC.

Thanks,
Wanda

Wanda Robinson
Senior Account Executive
Herbert L. Jamison Insurance & Co., LLC
100 Executive Drive
West Orange, NJ 07052
Direct: 973 669-2357
Fax:   973-731-3035
wrobinson@jamisongroup.com

**Important Reminder to Jamison Clients:** No insurance may be bound by e-mail, and no changes in existing insurance coverages may be effectuated by e-mail, until such time as your request is explicitly acknowledged by your licensed Jamison representative.

**Confidentiality Notice:** The contents of this transmittal and any attachments are intended for the exclusive use of the addressee(s), and may contain confidential and/ or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmittal in error, please notify us immediately by return e-mail, and then delete this message and all attachments.

**From:** Wagner, Mary [mailto:Mary.Wagner@pearlinsurance.com] **On Behalf Of** FAX-PSU
**Sent:** Monday, April 11, 2011 8:26 AM
**To:** Wanda Robinson
**Subject:** FW: Steele Hansmeier/1-16KNKV

Wanda,

Attached is the additional suppl for adding an attorney at renewal time. As stated previously, no endorsement to be processed.

Thank You,

Mary

**Mary Wagner**  Real Estate PL - Senior Technician
**Pearl Insurance** | 1200 E. Glen Ave., Peoria Heights, IL 61616
PH: 309.679.0298 TF: 800.447.4982 x1298 F: 866.817.9009 E: Mary.Wagner@pearlinsurance.com
**www.pearlinsurance.com | Coverage That's Right For You**

**From:** Lied, Jason
**Sent:** Friday, April 08, 2011 2:56 PM
**To:** FAX-PSU
**Subject:** Steele Hansmeier/1-16KNKV

4/11/2011

Additional Attorney Form

**Jason Lied**  Account Executive
**Pearl Insurance** | 1200 E. Glen Ave., Peoria Heights, IL 61616
TF: 888.619.2023 F: 866.817.9009 E: jason.lied@pearlinsurance.com
**www.pearlinsurance.com | Coverage That's Right For You**

---

**From:** Michelle Rothstein [mailto:marohlsen@wefightpiracy.com]
**Sent:** Wednesday, April 06, 2011 3:42 PM
**To:** Lied, Jason
**Subject:** Scanned application from John Steele

Hello,

The application is attached to this email.

Thanks,
--
Michelle Rothstein

**STEELE | HANSMEIER**
161 N. CLARK STREET, SUITE 4700
CHICAGO, IL  60601
P: (312) 880-7458
F: (312) 893-5677
www.wefightpiracy.com

 Please consider the environment before printing this communication

CONFIDENTIALITY:  This communication, including attachments, is for exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information.  If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited.  If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies [v1.0.001].

4/11/2011

THIS PAGE IS PART OF A STATEMENT REQUEST
CROSS 05/23 Jan 14-627

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

April 30, 2011 through May 31, 2011
Account Number:   **000000941867160**



lıdılııdlıılıılıııdlılıllıalılılıldılılılılı
00078103 DRE 111 141 15211 - NNNNNNNNNNNN T  1  000000000  62 0000

**STEELE HANSMEIER PLLC**
161 N CLARK ST STE 4700
CHICAGO IL 60601-3201

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## CHECKING SUMMARY   Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $32,370.88 |
| Deposits and Additions | 16 | 522,804.71 |
| Checks Paid | 43 | - 186,667.47 |
| Electronic Withdrawals | 12 | - 205,573.86 |
| Fees and Other Withdrawals | 3 | - 65.00 |
| Ending Balance | 74 | $162,869.26 |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | Online Transfer From  Chk Xxxxx7178 Transaction#: 2055407344 | $252,186.28 |
| 05/05 | Online Transfer From  Chk Xxxxx7178 Transaction#: 2059082862 | 32,489.55 |
| 05/09 | Online Transfer From  Chk Xxxxx7178 Transaction#: 2061212486 | 20,650.10 |
| 05/11 | Online Transfer From  Chk Xxxxx7178 Transaction#: 2062659404 | 10,700.00 |
| 05/12 | Online Transfer From  Chk Xxxxx7178 Transaction#: 2063434137 | 5,025.00 |
| 05/13 | Online Transfer From  Chk Xxxxx7178 Transaction#: 2064256836 | 16,470.00 |
| 05/17 | Online Transfer From  Chk Xxxxx7178 Transaction#: 2066826611 | 33,500.00 |
| 05/17 | Online Transfer From  Chk Xxxxx3470 Transaction#: 2066857275 | 2,000.00 |
| 05/18 | Book Transfer Credit B/O: Zachary P Ferwerda Daniel Ferwgrand Rapids, MI 495054804 Ref: Credit For Zachary Ferwerda Tm: 0704000138Es | 3,400.00 |
| 05/18 | Online Transfer From  Chk Xxxxx7178 Transaction#: 2067656617 | 20,600.00 |
| 05/19 | Online Transfer From  Chk Xxxxx3470 Transaction#: 2068292340 | 206.00 |
| 05/20 | Fed Wire Credit Via: Townebank/051408949 B/O: Patten Wornom Hatten And Diamonewport News, VA 23602-6955 Ref: Chase Nyc/Ctr/Bnf=Steele Hansmeier Pllc Chicago IL 60601-3201/Ac-000000009418 Rfb=O/B Townebank PO Obi=Proceeds Jason Pace Ref # 10197 Imad: 0520L1Lfbv2C000056 Tm: 2270409140Fl | 2,000.00 |
| 05/24 | Online Transfer From  Chk Xxxxx7178 Transaction#: 2071055824 | 81,841.72 |

# CHASE ⬡

April 30, 2011 through May 31, 2011
Account Number: **000000941867160**

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/26 | Deposit     262183223 | 2,900.00 |
| 05/26 | Online Transfer From  Chk Xxxxx7178 Transaction#: 2072312547 | 34,125.00 |
| 05/31 | ADP TX/Fincl Svc ADP - Tax  Rmgtl 0543778Vv CCD ID: 1223006057 | 4,711.06 |
| **Total Deposits and Additions** | | **$522,804.71** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1005  ^ | | 05/10 | $900.00 |
| 1020  * ^ | | 05/10 | 1,920.00 |
| 1023  * ^ | | 05/10 | 540.00 |
| 1024  ^ | | 05/10 | 300.00 |
| 1025  ^ | | 05/10 | 600.00 |
| 1051  * ^ | | 05/10 | 300.00 |
| 1066  * ^ | | 05/10 | 60.00 |
| 1083  * ^ | | 05/10 | 840.00 |
| 1095  * ^ | | 05/04 | 5,300.00 |
| 1099  * ^ | | 05/02 | 3,150.00 |
| 1100  ^ | | 05/02 | 116.00 |
| 1101  ^ | | 05/02 | 2,000.00 |
| 1102  ^ | | 05/09 | 475.00 |
| 1103  ^ | | 05/16 | 540.00 |
| 1104  ^ | | 05/04 | 2,984.50 |
| 1106  * ^ | | 05/17 | 150.25 |
| 1108  * ^ | | 05/11 | 15,936.63 |
| 1109  ^ | | 05/16 | 47.50 |
| 1110  ^ | | 05/12 | 4,204.90 |
| 1111  ^ | | 05/19 | 1,095.85 |
| 1112  ^ | | 05/10 | 2,732.50 |
| 1113  ^ | | 05/11 | 451.25 |
| 1114  ^ | | 05/27 | 60.00 |
| 1116  * ^ | | 05/31 | 6,750.00 |
| 1118  * ^ | | 05/04 | 100,000.00 |
| 1120  * ^ | | 05/12 | 5,295.68 |
| 1122  * ^ | | 05/18 | 227.21 |
| 1123  ^ | | 05/18 | 4,690.63 |
| 1124  ^ | | 05/31 | 20.00 |
| 1125  ^ | | 05/13 | 3,000.00 |
| 1126  ^ | | 05/18 | 250.00 |
| 1127  ^ | | 05/16 | 2,000.00 |
| 1128  ^ | | 05/20 | 20.00 |
| 1129  ^ | | 05/18 | 206.00 |
| 1134  * ^ | | 05/18 | 264.78 |
| 1135  ^ | | 05/27 | 9,830.69 |
| 1137  * ^ | | 05/31 | 190.40 |



**CHASE**

April 30, 2011 through May 31, 2011
Account Number:   000000941867160

## CHECKS PAID  *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1139  * ^ | | 05/31 | 2,900.00 |
| 1186  * ^ | | 05/10 | 360.00 |
| 1209  * ^ | | 05/10 | 1,080.00 |
| 1236  * ^ | | 05/10 | 4,020.00 |
| 1240  * ^ | | 05/26 | 250.00 |
| 10001  * ^ | | 05/10 | 607.70 |
| **Total Checks Paid** | | | **$188,667.47** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | 05/02 Online Wire Transfer Via: Citibank/0008 A/C: Charles Schwab & CO., Inc. New York NY 10005 US Ref: For Further Credit To Phoenix Ventures Llc 7740-7748/Bnf/For Further Credit To Phoenix Ventures Llc 7740-7748 Ssn: 0110229 Trn: 0493900122Es | $100,000.00 |
| 05/02 | ADP TX/Fincl Svc ADP - Tax  578019309215GII CCD ID: 9333006057 | 12,379.82 |
| 05/02 | ADP TX/Fincl Svc ADP - Tax  Rmgtl 050301A01 CCD ID: 1223006057 | 4,711.06 |
| 05/06 | ADP Payroll Fees ADP - Fees 2Rgtl  6207877 CCD ID: 9659605001 | 82.50 |
| 05/09 | Bk of Amer Vi/Mc Online Pmt Ckf032593137POS CCD ID: 9500000000 | 2,240.43 |
| 05/10 | 05/10 Online Wire Transfer Via: Bank of America N.A./0959 A/C: Mgm Grand Hotel - Operating Aclas Vegas NV 89109 US Ref: For Store 310 Watch Boutique/Bnf/For Store 310 Care of John Steele Ssn: 0295020 Trn: 0858800130Es | 62,600.00 |
| 05/11 | Appletree     ACH Pay   Chg74235379     CCD ID: 1510367160 | 272.42 |
| 05/20 | ADP Payroll Fees ADP - Fees 2Rgtl  6740412 CCD ID: 9659605001 | 6.00 |
| 05/26 | 05/26 Online Transfer To  Chk Xxxxx3470 Transaction# 2072374052 | 3,725.00 |
| 05/26 | Dlx For Business Bus Prod  02020824178128  CCD ID: 1411877307 | 112.54 |
| 05/31 | ADP TX/Fincl Svc ADP - Tax  667028496769GII CCD ID: 9333006057 | 14,733.03 |
| 05/31 | ADP TX/Fincl Svc ADP - Tax  Rmgtl 060106A01 CCD ID: 1223006057 | 4,711.06 |
| **Total Electronic Withdrawals** | | **$205,573.86** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | Wire Online Domestic Fee | $25.00 |
| 05/10 | Wire Online Domestic Fee | 25.00 |
| 05/20 | Incoming Domestic Wire Fee | 15.00 |
| **Total Fees & Other Withdrawals** | | **$65.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 05/02 | $162,175.28 | 05/06 | 86,297.83 |
| 05/04 | 53,890.78 | 05/09 | 104,232.50 |
| 05/05 | 86,380.33 | 05/10 | 27,347.30 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP 0 G7231 JH1 14 527

# CHASE ◐

April 30, 2011 through May 31, 2011

Account Number:   000000941857160

## DAILY ENDING BALANCE   *(continued)*

| DATE | AMOUNT | | DATE | AMOUNT |
|------|--------|--|------|--------|
| 05/11 | 21,387.00 | | 05/19 | 80,615.20 |
| 05/12 | 16,911.42 | | 05/20 | 82,574.20 |
| 05/13 | 30,381.42 | | 05/24 | 164,415.92 |
| 05/16 | 27,793.92 | | 05/26 | 197,353.38 |
| 05/17 | 63,143.67 | | 05/27 | 187,462.69 |
| 05/18 | 81,505.05 | | 05/31 | 162,869.26 |



## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 54 |
| Deposits / Credits | 4 |
| Deposited Items | 0 |
| **Transaction Total** | **58** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | **$0.00** |



**CHASE** ◯
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

June 01, 2011 through June 30, 2011

Account Number:   000000941867160

ԻլիլՍ...Ոս.Ոս.ՈսՈս.Ոս.Ոս.Ոս.Ո.Ոս.Ո.Ո.
00080188 DRE 111 141 18211 - NNNNNNNNNNN T  1  000000000  62 0000
**STEELE HANSMEIER PLLC**
161 N CLARK ST STE 4700
CHICAGO IL 60601-3201

| CUSTOMER SERVICE INFORMATION | |
| --- | --- |
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



**Effective July 17, 2011, we are making changes to the following sections of our Funds Availability Policy for business accounts:**

- "For Chase Commercial Checking (with or without interest):"
    "Next Day Availability:"  If you make the deposit in person to one of our employees, funds from the following deposits are also available on the first business day after the day we receive your deposit:
    - Federal Reserve Bank checks, Federal Home Loan Bank checks, and postal money orders that are payable to you.
    - State and Local government checks that are payable to you if you use a special deposit slip available at any branch upon request.
    - Cashier's, certified, and teller's checks that are payable to you if you use a special deposit slip available at any branch upon request.
    "Second Business Day Availability:" At least the first $200 of these deposits will be available on the first business day after the day of your deposit.
- "Longer Delays May Apply:"
    "For all business accounts other than Chase Commercial Checking (with or without interest):" At least the first $200 of these deposits will be available on the first business day after the day of your deposit.

All other terms of your account remain the same. If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338).

| CHECKING SUMMARY | Chase BusinessClassic | |
| --- | --- | --- |
| | INSTANCES | AMOUNT |
| Beginning Balance | | $162,869.26 |
| Deposits and Additions | 9 | 280,545.33 |
| Checks Paid | 30 | - 138,992.04 |
| Electronic Withdrawals | 14 | - 138,882.28 |
| Fees and Other Withdrawals | 7 | - 10,120.00 |
| Ending Balance | 60 | $155,420.27 |

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

Page 1 of 6

THIS PAGE IS PART OF A STATEMENT REQUEST

**CHASE** ⬡

June 01, 2011 through June 30, 2011
Account Number: **000000941857160**

## DEPOSITS AND ADDITIONS



| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/01 | Fed Wire Credit Via: Wells Fargo Bank/121000248 B/O: Tonkon Torp Llp IOLTA Portland OR 97204-2012 Ref: Chase Nyc/Ctr/Bnf=Steele Hansmeier Pllc Chicago IL 60601-3201/Ac-000000009418 Rfb=000000268 Obi=Mcgip, Llc V. Does 1-316 Ip 71.193.218.Imad: 060111B7031R041115 Trn: 7592709152Ff | $2,000.00 |
| 06/02 | Online Transfer From Chk Xxxxx7178 Transaction#: 2076935821 | 51,379.86 |
| 06/13 | Online Transfer From Chk Xxxxx7178 Transaction#: 2083048416 | 53,902.71 |
| 06/14 | Fed Wire Credit Via: Bankers Bank of Kansas NA/101104805 B/O: Kristopher Richardson KS 67502 Ref: Chase Nyc/Ctr/Bnf=Steele Hansmeier Pllc Chicago IL 60601-3201/Ac-000000009418 Rfb=O/B Bankers Bk W Obi=Ref # 1585 Settlement Bbi=/Time/Imad: 0614Jmqfmp02000206 Trn: 4429109165Ff | 2,000.00 |
| 06/15 | Deposit     883495097 | 230.00 |
| 06/17 | Online Transfer From  Chk Xxxxx3470 Transaction#: 2087467696 | 5,000.00 |
| 06/23 | Fed Wire Credit Via: Citibank/021000089 B/O: David D. Canaday Andcynthia A.Woodstock GA 30189-2582 Ref: Chase Nyc/Ctr/Bnf=Steele Hansmeier Pllc Chicago IL 60601-3201/Ac-000000009418 Rfb=O/B Citibank Nyc Bbi=/Ocmt/USD2000,/Acc/Reference 102Imad: 0623B1Q8021C021141 Trn: 3580809174Ff | 2,000.00 |
| 06/29 | Online Transfer From  Chk Xxxxx7178 Transaction#: 2094720933 | 144,032.76 |
| 06/29 | Online Transfer From  Chk Xxxxx7178 Transaction#: 2094304112 | 20,000.00 |
| **Total Deposits and Additions** | | **$280,545.33** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1047 ^ | | 06/23 | $225.00 |
| 1117 * ^ | | 06/28 | 1,547.00 |
| 1130 * ^ | | 06/07 | 33,390.00 |
| 1131 ^ | | 06/07 | 7,920.00 |
| 1132 ^ | | 06/08 | 90.00 |
| 1133 ^ | | 06/08 | 1,000.00 |
| 1136 * ^ | | 06/30 | 8,940.00 |
| 1138 * ^ | | 06/07 | 6,495.00 |
| 1141 * ^ | | 06/01 | 2,000.00 |
| 1142 ^ | | 06/07 | 2,000.00 |
| 1144 * ^ | | 06/13 | 350.00 |
| 1145 ^ | | 06/14 | 5,152.02 |
| 1146 ^ | | 06/09 | 450.00 |
| 1148 * ^ | | 06/14 | 2,731.25 |
| 1149 ^ | | 06/27 | 8,601.10 |
| 1151 * ^ | | 06/10 | 2,329.00 |
| 1152 ^ | | 06/24 | 1,686.88 |
| 1154 * ^ | | 06/15 | 665.00 |
| 1156 * ^ | | 06/22 | 1,175.63 |
| 1159 * ^ | | 06/15 | 3,615.00 |
| 1160 ^ | | 06/14 | 954.53 |
| 1163 * ^ | | 06/14 | 1,850.00 |
| 1164 ^ | | 06/24 | 350.00 |
| 1165 ^ | | 06/24 | 1,750.00 |



June 01, 2011 through June 30, 2011

Account Number:   000000941867160

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1166  ^ | | 06/24 | 3,000.00 |
| 1168  * ^ | | 06/30 | 65.00 |
| 1169  ^ | | 06/30 | 1,280.00 |
| 1170  ^ | | 06/30 | 1,000.00 |
| 1171  ^ | | 06/24 | 36,508.38 |
| 1244  * ^ | | 06/24 | 1,871.25 |
| **Total Checks Paid** | | | **$138,992.04** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | 06/01 Online Transfer To  Chk Xxxxx4110 Transaction#: 2076090672 | $12,500.00 |
| 06/01 | 06/01 Online Wire Transfer Via: Tcf Mpls/291070001 A/C: Paul Hansmeier Minneapolis MN 55401 US Ref:/Bnf/For Further Credit To Alpha Law Firm Llc Imad: 0601B1Qgc05C007103 Trn: 1498300152Es | 50,000.00 |
| 06/01 | 06/01 Book Transfer Debit A/C: Lumar Llc New York, NY 100655925 Ref:/Bnf/Credit To Lumar Llc Trn: 2088700152Es | 37,500.00 |
| 06/01 | ADP TX/Fincl Svc ADP - Tax  Rmgtl 0567918Vv CCD ID: 1223006057 | 5,395.73 |
| 06/01 | ADP TX/Fincl Svc ADP - Tax  667028495770Gll CCD ID: 9555555505 | 31.60 |
| 06/02 | 06/02 Online Wire Transfer Via: US Bank Minnesota/091000022 A/C: Nadezhda Wood Roseville MN 55113 US Ref:/Time/08:03 Imad: 0602B1Qgc08C001249 Trn: 0264000153Es | 3,000.00 |
| 06/10 | ADP Payroll Fees ADP - Fees 2Rgtl 7495296 CCD ID: 9659605001 | 82.50 |
| 06/13 | Appletree        ACH Pay   Chg74235379     CCD ID: 1510367160 | 185.00 |
| 06/14 | Bk of Amer Vi/Mc Online Pmt Ckf032593137POS CCD ID: 9500000000 | 5,000.00 |
| 06/15 | 06/15 Payment To Credit Card Xxxxxxxxxxxx8199 | 6,547.97 |
| 06/23 | MN Ui Fund       MN Ui Tax       6774318 CCD ID: 4411681137 | 101.00 |
| 06/24 | ADP Payroll Fees ADP - Fees 2Rgtl  8092107 CCD ID: 9659605001 | 6.00 |
| 06/30 | ADP TX/Fincl Svc ADP - Tax  586019849823Gll CCD ID: 9333006057 | 13,836.13 |
| 06/30 | ADP TX/Fincl Svc ADP - Tax  Rmgtl 070102A01 CCD ID: 1223006057 | 4,696.35 |
| **Total Electronic Withdrawals** | | **$138,882.28** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/01 | Wire Online Domestic Fee | $25.00 |
| 06/01 | Wire Online Domestic Fee | 25.00 |
| 06/01 | Incoming Domestic Wire Fee | 15.00 |
| 06/02 | Wire Online Domestic Fee | 25.00 |
| 06/14 | Incoming Domestic Wire Fee | 15.00 |
| 06/23 | Incoming Domestic Wire Fee | 15.00 |
| 06/27 | 06/27 Withdrawal | 10,000.00 |
| **Total Fees & Other Withdrawals** | | **$10,120.00** |

**CHASE** ⬡

June 01, 2011 through June 30, 2011
Account Number:  000000941867160

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 06/01 | $57,376.93 | 06/17 | 86,042.23 |
| 06/02 | 105,731.79 | 06/22 | 84,866.60 |
| 06/07 | 55,926.79 | 06/23 | 86,525.60 |
| 06/08 | 54,836.79 | 06/24 | 41,353.09 |
| 06/09 | 54,386.79 | 06/27 | 22,751.99 |
| 06/10 | 51,975.29 | 06/28 | 21,204.99 |
| 06/13 | 105,343.00 | 06/29 | 185,237.75 |
| 06/14 | 91,640.20 | 06/30 | 155,420.27 |
| 06/15 | 81,042.23 | | |



## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------|------|
| Checks Paid / Debits | 44 |
| Deposits / Credits | 4 |
| Deposited Items | 0 |
| Transaction Total | 48 |

| SERVICE FEE CALCULATION | AMOUNT |
|------|------|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| Net Service Fee | $0.00 |
| Excessive Transaction Fees (Above 0) | $0.00 |
| Total Service Fees | $0.00 |

Page 5 of 6

P11000091909
FILED
October 20, 2011
Sec. Of State
jshivers

# Electronic Articles of Incorporation
# For

MIAMI BEACH CONSULTING, INC.

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:

MIAMI BEACH CONSULTING, INC.

## Article II
The principal place of business address:

1111 LINCOLN ROAD
SUITE 400
MIAMI BEACH, FL.   33139

The mailing address of the corporation is:

1111 LINCOLN ROAD
SUITE 400
MIAMI BEACH, FL.   33139

## Article III
The purpose for which this corporation is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:

100

## Article V
The name and Florida street address of the registered agent is:

CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL.   32301

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   DEB REEVES

P11000091909
FILED
**October 20, 2011**
Sec. Of State
jshivers

# Article VI

The name and address of the incorporator is:

KERRY  STEELE
1111 LINCOLN ROAD
SUITE 400
MIAMI BEACH, FL, 33139

Electronic Signature of Incorporator:   KERRY  STEELE

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

# Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  DTR
KERRY  STEELE
1111 LINCOLN ROAD SUITE 400
MIAMI BEACH, FL.  33139



**CHASE** ❖
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

December 01, 2011 through December 30, 2011

Account Number:   000000403354124

l.ll..ll....ll..ll.ll...l..ll.l.l..l.ll.l.ll..ll..ll.l
00002498 DRE 021 141 36511 YNNNNNNNNNN T  1 000000000 60 0000
**MIAMI BEACH CONSULTING INC**
1111 LINCOLN RD STE 400
MIAMI BEACH FL 33139-2439

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |



We are making some changes that affect Chase personal and business checking, savings and Certificate of Deposit (CD) accounts, including retirement accounts*. Enclosed with this statement is a rewritten Deposit Account Agreement (formerly known as the Account Rules and Regulations). The new design of this booklet will make it easier for you to read and find the information you need quickly.

Please review the information and keep this as reference with your other financial documents.

Please note: If you would like to receive the Deposit Account Agreement in Spanish, they will be available at your nearest Chase branch, starting February 1, 2012.

*For checking and savings accounts, all changes are effective on February 1, 2012. For CD accounts, the changes are effective on the first CD maturity date occurring on or after February 1, 2012.

Important Information about Chase Business Checking and Savings Accounts

We are working to simplify our Chase checking and savings accounts by eliminating or reducing some of our fees. The following changes to the Additional Banking Services and Fees for Chase business checking and savings accounts are effective December 14, 2011. All other terms of your Deposit Account Agreement remain the same. If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338) or visit your branch.

We will no longer charge fees for the following services:
- No fees for Check/Item Copies and Urgent Item Copies -for example, we will not charge you when you need a copy of a cancelled check or deposit slip.
- No fees for Immediate Notification of wire transfers
- No fees for a Failed Payment when using Chase Online Bill Pay or Quick Pay

---

### CHECKING SUMMARY | Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $100.00 |
| Deposits and Additions | 2 | 165,000.00 |
| Electronic Withdrawals | 3 | - 160,000.00 |
| Fees and Other Withdrawals | 3 | - 1,050.00 |
| Ending Balance | 8 | $4,050.00 |



**CHASE ○**

December 01, 2011 through December 30, 2011
Account Number:   000000403354124

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/08 | Deposit      973128064 | $5,000.00 |
| 12/15 | Online Transfer From  Chk ...3470 Transaction#: 2435673222 | 160,000.00 |
| **Total Deposits and Additions** | | **$165,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/16 | 12/16 Online Transfer To  Mma ...9471 Transaction#: 2437138970 | $10,000.00 |
| 12/19 | 12/19 Online Wire Transfer Via: Sabadel Untd Bk FL/067009646 A/C: Sierra Miami Beach FL 33139 US Ref:/Time/08:59 Imad: 1219B1Qgc06C002072 Tm: 0717600353Es | 100,000.00 |
| 12/19 | 12/19 Online Wire Transfer Via: Sabadel Untd Bk FL/067009646 A/C: Sierra Miami Beach FL 33139 US Ref:/Time/14:06 Imad: 1219B1Qgc08C005940 Tm: 1488100353Es | 50,000.00 |
| **Total Electronic Withdrawals** | | **$160,000.00** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/19 | Wire Online Domestic Fee | $25.00 |
| 12/19 | Wire Online Domestic Fee | 25.00 |
| 12/21 | 12/21 Withdrawal | 1,000.00 |
| **Total Fees & Other Withdrawals** | | **$1,050.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/08 | $5,100.00 |
| 12/15 | 165,100.00 |
| 12/16 | 155,100.00 |
| 12/19 | 5,050.00 |
| 12/21 | 4,050.00 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | **4** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 01, 2013 through June 28, 2013
Account Number:   000000923903470



**CUSTOMER SERVICE INFORMATION**

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00042553 DRE 111 211 18013 NNNNNNNNNN  1 000000000 66 0000
STEELE LAW LLC
1111 LINCOLN RD STE 400
MIAMI BEACH FL 33139-2439

## We're clarifying a transaction and fee description

We're clarifying a transaction and fee description that we use on account statements and online activity.
Starting July 22, 2013, if you cash a check and it's returned to us without being paid, we will identify:
- The transaction as **Cashed Check Returned**, and
- The related fee as Cashed Check Returned Fee (not all checking products are charged a fee for this transaction but for those that are, this fee will still be $12).

**This is not a new transaction type or fee**, just a clearer description of this type of account activity. Today, we describe both deposited and cashed items that are returned to us without being paid as Deposited Item Returned. After July 22, we will use this description only for deposited checks that are returned.

All of the terms and conditions of your account remain the same. If you have questions, please call us toll-free at the number on this statement or visit any Chase branch.

## CHECKING SUMMARY | Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $92.04 |
| Deposits and Additions | 1 | 3,250.00 |
| Electronic Withdrawals | 4 | - 3,120.95 |
| Fees and Other Withdrawals | 1 | - 12.00 |
| Ending Balance | 6 | $209.09 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 06/05 | Online Resources Billpay CR John Steele | CIE ID: 9000219037 | $3,250.00 |
| **Total Deposits and Additions** | | | **$3,250.00** |

Page 1 of 4

## CHASE ○

June 01, 2013 through June 28, 2013
Account Number:   **000000923903470**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|--|--|-------:|
| 06/11 | American Express ACH Pmt    W1570 | Web ID: 2005032111 | | $80.00 |
| 06/11 | American Express ACH Pmt    W1574 | Web ID: 2005032111 | | 19.95 |
| 06/12 | Citi Payment    Online Pmt 211061754370000 Web ID: Citiorcibs | | | 21.00 |
| **06/17** | **06/17 Online Transfer To Chk ...4110 Transaction#: 3327646219** | | | **3,000.00** |
| **Total Electronic Withdrawals** | | | | **$3,120.95** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 06/28 | Service Fee | $12.00 |
| **Total Fees & Other Withdrawals** | | **$12.00** |

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $5,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period.  If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|-------:|
| 06/05 | $3,342.04 |
| 06/11 | 3,242.09 |
| 06/12 | 3,221.09 |
| 06/17 | 221.09 |
| 06/28 | 209.09 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|:---------------------:|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | **4** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|-------:|
| Service Fee | $12.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$12.00** |
| Excessive Transaction Fees (Above 0) | $0.00 |
| **Total Service Fees** | **$12.00** |

Page 2 of 4

CNA

*Page 1 of 2*

## APPLICATION FOR LAWYERS PROFESSIONAL LIABILITY INSURANCE

---

## SUPPLEMENT FOR ATTORNEYS NEW TO THE FIRM

| Firm Name: | Steele Hansmeier PLLC |
|---|---|
| Policy Number: | IPL425258843 |
| Effective Date: | 03/01/11 |

---

### I.   Attorney Information

Differences between the date an attorney began practicing law for other than a corporate or governmental entity and the date the attorney was admitted to the Bar must be explained on a separate sheet of paper following the same format.

| Attorney Name | Social Security # | Designation • | Average # of hours per week | | | States licensed to practice law |
|---|---|---|---|---|---|---|
| | | | 1 – 10 | 11 - 25 | 26 + | |
| Paul Duffy | N/A | OC | X | | | IL, CA, MA |

**Designations:**

| | | | | | | |
|---|---|---|---|---|---|---|
| A | Associate | O | Owner | **Partner Designations:** | | |
| CC | Co-counsel | OC | Of Counsel | EP | Equity Partner | |
| D | Director | OF | Officer | NP | Non-equity Partner | |
| E | Employee | SP | Solo Practitioner | P | Partner | |
| IC | Independent Contractor | SPC | Special Counsel | LLP | Limited Liability Partner | |
| MEM | Member of Firm | STC | Staff Counsel | RP | Retired Partner | |
| MGR | Manager | SHH | Shareholder | | | |
| | | STH | Stockholder | | | |

| Date Admitted to Bar | Date Started Private Practice | Date Joined Firm | Prior acts date | CNA Risk Mgmt Seminar Date | Bar Member? | Does the OC, STC, CC, SPC or IC have his/her own individual LPL policy? If yes, please provide a copy. |
|---|---|---|---|---|---|---|
| 11/05/92 | 3/01/11 | 3/01/11 | 02/28/11 | | ☒ Yes ☐ No | ☐ Yes ☒ No |

---

### II.   Attorney Insurance Information

Has this attorney been continuously insured for the past 5 years?    ☒ Yes    ☐ No

If yes, please complete the following insurance history:

| Prior Insurance History | Insurance Carrier | Limit Per Claim/Aggregate | Policy Term From/To mm/dd/yy | Employer / Previous Firm |
|---|---|---|---|---|
| Current Year | Paul worked solely for Freeborn Peters during the previous 5 years. | | | |
| Previous Year 1 | | | | |
| Previous Year 2 | | | | |
| Previous Year 3 | | | | |
| Previous Year 4 | | | | |

*Supplement for Attorneys New to the Firm*
*8/02*



Page 2 of 2

**APPLICATION FOR LAWYERS
PROFESSIONAL LIABILITY INSURANCE**

---

## SUPPLEMENT FOR ATTORNEYS NEW TO THE FIRM

---

**III.    Please answer all questions completely.**

1. During the past 5 years, has any insurer canceled or refused to renew this lawyer's professional liability policy?  If yes, please provide details on a separate sheet.   ☐ Yes  ☒ No

2. Is this lawyer aware of any professional liability claim made against him/her in the past 5 years, or any incident, act, or omission which might reasonably be expected to be the basis of a claim or suit, arising out of the performance of professional services for others? If yes, the Supplemental Claim information form must be completed for each claim or incident.   ☐ Yes  ☒ No

3. Has this lawyer ever been disbarred, suspended, formally reprimanded or subject to any disciplinary inquiry, complaint or proceeding for any reason other than nonpayment of dues?  If yes, or if such is in process, provide details on a separate sheet.   ☐ Yes  ☒ No

4. Is this lawyer a director, officer, or employee of or hold an equity interest in a firm or entity which is a client of either your firm or such lawyer?   ☐ Yes  ☒ No
   If yes, please provide us with the client's name and business; attorney's position and/or amount of equity interest and management role as well as the annual amount of billings.

5. Please indicate the type of coverage desired for this new lawyer.  Note, this is subject to underwriting approval and continuous professional liability insurance coverage.

   a. **Career Coverage:**  The firm desires to extend coverage for all services rendered back to the Date Admitted to Bar, subject to any coverage limitations currently for this firm.   ☐ a

   b. **Exclusion of Prior Acts:**  The firm desires to exclude from coverage services performed prior to the date of hire; therefore, the date of hire will be the Named Individual Retroactive Date for this attorney.   ☒ b.

   c. **Lateral Hire Exclusion:**  The firm desires to limit coverage to services rendered only on behalf of the firm; therefore, the Specific Lateral Hire Exclusion will apply to this attorney.   ☒ c.

6. Please circle all the measures taken by the firm – before extending an offer to this attorney - to protect itself from claims arising from acts, errors or omissions committed by the attorney while at another firm:
   (a) verification of bar admission(s).  b) investigation of outside interests.  (c) investigation of possible and actual conflicts of interest.  d) require the purchase of an extended reporting period endorsement, if available. (e) disclosure of past and potential claims, f) warranty letter regarding no known claims or potential claims.  g) other _____

7. Please circle all the measures taken by the firm to protect itself from possible claims made against this attorney and the firm after the attorney is employed by or joins the firm:
   (a) training in office procedures, (b) integration into the firm culture, (c) periodic review of clients, matters and performance. (d) other  SENIOR ATTY REVIEWS ALL PLEADINGS.

Signature of new attorney _____   Date _____

Signature of principal _____   Date _____

*Supplement for Attorneys New to the Firm
8/02*

**Madsen, Lynn**

| | |
|---|---|
| **From:** | Wanda Robinson <wrobinson@jamisongroup.com> |
| **Sent:** | Thursday, March 24, 2011 10:38 AM |
| **To:** | FAX-PSU |
| **Cc:** | Wagner, Mary |
| **Subject:** | RE: Steele Hansmeier/1-16KNKV : attorney addtion |
| **Attachments:** | New Attorney supp..pdf |

Dear Mary,

Thank you for advising us that Brett Gibbs joined the captioned firm. Please have the attached new attorney supplement completed and signed as we cannot accept the one you previously sent.

Your client's professional liability insurance policy provides the firm with automatic coverage for professionals who join the firm during the policy period. Please note that new lawyers are covered only legal services rendered on behalf of the Named Insured. There is no additional premium assessed mid-term however, upon renewal of the policy the charge will be included.

Conversely, should an attorney leave the firm after the inception date of your policy, there is no mid-term return of premium. The policy will continue to provide coverage for these attorneys, but only for acts, errors, or omissions provided on behalf of the named insured, which occurred prior to their leaving your firm.

With regard to specific coverage and how it applies in accordance with the above issues, please refer to the Insuring Agreement Section and the Definitions Section of your policy, and we ask that you please read these sections carefully. With regard to any change in premium for attorneys joining or leaving the firm during the policy period, please note that at renewal, the addition and deletion of any attorneys will be considered in the renewal premium calculation.

Should you have any questions or concerns please do not hesitate to contact me.

Best regards,
Wanda

Wanda Robinson
Senior Account Executive
Herbert L. Jamison Insurance & Co., LLC
100 Executive Drive
West Orange, NJ 07052
Direct: 973 669-2357
Fax:   973-731-3035
wrobinson@jamisongroup.com

**Important Reminder to Jamison Clients:** No insurance may be bound by e-mail, and no changes in existing insurance coverages may be effectuated by e-mail, until such time as your request is explicitly acknowledged by your licensed Jamison representative.

**Confidentiality Notice:** The contents of this transmittal and any attachments are intended for the exclusive use of the addressee(s), and may contain confidential and/ or legally privileged information. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmittal in error, please notify us immediately by return e-mail, and then delete this message and all attachments.

**From:** Wagner, Mary [mailto:Mary.Wagner@pearlinsurance.com] **On Behalf Of** FAX-PSU
**Sent:** Thursday, March 24, 2011 10:58 AM

**To:** Wanda Robinson
**Subject:** FW: Steele Hansmeier/1-16KNKV : attorney addtion

*Wanda,*

*Please process additional attorney.*

*Thanks*

*Mary*

.

**Mary Wagner**   Real Estate PL - Senior Technician
**Pearl Insurance | 1200 E. Glen Ave., Peoria Heights, IL 61616**
PH: 309.679.0298 TF: 800.447.4982 x1298 F: 866.817.9009 E: Mary.Wagner@pearlinsurance.com
**www.pearlinsurance.com | Coverage That's Right For You**

_____

**From:** Lied, Jason
**Sent:** Wednesday, March 23, 2011 3:33 PM
**To:** Tucker, Linda
**Cc:** Beasley, Chanda
**Subject:** Steele Hansmeier/1-16KNKV

Additional attorney form.

**Jason Lied**   Account Executive
**Pearl Insurance | 1200 E. Glen Ave., Peoria Heights, IL 61616**
TF: 888.619.2023 F: 866.817.9009 E: jason.lied@pearlinsurance.com
**www.pearlinsurance.com | Coverage That's Right For You**

_____

**From:** johnlsteele@gmail.com [mailto:johnlsteele@gmail.com] **On Behalf Of** Steele & Hansmeier
**Sent:** Tuesday, March 22, 2011 4:01 PM
**To:** Lied, Jason
**Subject:** Re: CNA Additional Attorney Form

Jason,

Attached is a new attorney of counsel form.  We are using Brett Gibbs.  Second, our firm never actually hired Paul Duffy, as he decided to stay with the firm he was planning on leaving.  Let me know if there is anything else I need to do before I start having Brett do work..

John

On Mon, Feb 28, 2011 at 3:04 PM, Lied, Jason <jason.lied@pearlinsurance.com> wrote:

Here's the form.  Let me know if you have any questions.

Thanks!

Jason

**Jason Lied**   Account Executive
**Pearl Insurance | 1200 E. Glen Ave., Peoria Heights, IL 61616**

TF: 888.619.2023 F: 866.817.8009 | E: jason.ried@pearlinsurance.com
www.pearlinsurance.com | Coverage That's Right For You

CONFIDENTIALITY: This communication, including attachments, is for exclusive use of the addressee(s) and may contain proprietary, confidential or privileged information.  If you are not the intended recipient, any use, copying, disclosure, or distribution or the taking of any action in reliance upon this information is strictly prohibited.  If you are not the intended recipient, please notify the sender immediately and delete this communication and destroy all copies [v1.0.001].

--
John Steele

jlsteele@wefightpiracy.com
161 N. Clark St. Suite 4700
Chicago, IL 60601

T: (312) 880-9160
F: (312) 893-5677

NOTICE: THIS EMAIL IS INTENDED TO BE PART OF A SETTLEMENT NEGOTIATION AND IS NOT ADMISSIBLE UNDER FRE RULE 408.

NOTICE:
This communication is covered by the Electronic Communications Privacy Act, found at 18 U.S.C. 2510 et. seq. and is intended to remain confidential and is subject to applicable attorney/client and/or work product privileges.  If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and all attachments.  Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

 Circular 230 Disclosure: Pursuant to recently-enacted U.S. Treasury Department regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

 Please consider the environment before printing this communication

<hr

3



FIFTH THIRD BANK
(CHICAGO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

**Statement Period Date:** 1/1/2013 - 1/31/2013
**Account Type:** Bus Advantage Chking
**Account Number:** 7238947365

Banking Center: 161 North Clark
Banking Center Phone: 312-368-1201
Commercial Client Services: 1-800-589-5355
www.53.com

**PRENDA LAW INC**
161 N CLARK ST STE 3200
CHICAGO IL 60601-3247

0

30859

## Account Summary - 7238947365

| 01/01 | Beginning Balance | $32,194.11 | Number of Days in Period | 31 |
|---|---|---|---|---|
| 42 | Checks | $(50,755.81) | | |
| 44 | Withdrawals / Debits | $(65,677.41) | | |
| 4 | Deposits / Credits | $90,000.00 | | |
| 01/31 | Ending Balance | $5,760.89 | | |

## Checks

**42 checks totaling $50,755.81**

* Indicates gap in check sequence    i = Electronic Image    s = Substitute Check

| Number | Date Paid | Amount | Number | Date Paid | Amount | Number | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 1007 i | 01/31 | 117.80 | 1143 i | 01/08 | 1,753.00 | 1159 i | 01/15 | 85.00 |
| 1020*i | 01/07 | 3,300.00 | 1144 i | 01/04 | 18.95 | 1160 i | 01/15 | 450.00 |
| 1021 i | 01/11 | 65.00 | 1146*i | 01/03 | 2,100.00 | 1161 i | 01/11 | 200.00 |
| 1114*i | 01/04 | 1,753.00 | 1147 i | 01/04 | 816.67 | 1162 i | 01/14 | 291.00 |
| 1116*i | 01/04 | 2,638.60 | 1148 i | 01/10 | 350.00 | 1163 i | 01/14 | 543.00 |
| 1122*i | 01/14 | 1,500.00 | 1149 i | 01/14 | 254.00 | 1165*i | 01/24 | 20.97 |
| 1134*i | 01/02 | 530.00 | 1150 i | 01/08 | 193.60 | 1166 i | 01/23 | 68.22 |
| 1135 i | 01/02 | 1,176.00 | 1151 i | 01/07 | 1,750.00 | 1168*i | 01/30 | 200.00 |
| 1136 i | 01/03 | 1,725.00 | 1152 i | 01/31 | 75.00 | 1169 i | 01/25 | 65.00 |
| 1137 i | 01/08 | 750.00 | 1154*i | 01/10 | 743.97 | 1171*i | 01/29 | 450.00 |
| 1138 i | 01/11 | 1,500.00 | 1155 i | 01/07 | 99.00 | 1172 i | 01/31 | 3,250.00 |
| 1139 i | 01/04 | 500.00 | 1156 i | 01/08 | 2,000.00 | 1173 i | 01/30 | 16.00 |
| 1141*i | 01/02 | 2,352.08 | 1157 i | 01/14 | 3,079.70 | 1174 i | 01/30 | 2,101.99 |
| 1142 i | 01/03 | 7,000.00 | 1158 i | 01/07 | 68.47 | 7582*i | 01/29 | 4,804.79 |

## Withdrawals / Debits

**44 items totaling $65,677.41**

| Date | Amount | Description |
|---|---|---|
| 01/02 | 26.00 | ADP TX/FINCL SVC 304287687 ADP - TAX 731018375080NPV PRENDA LAW INC PRENDA 010213 |
| 01/02 | 14,369.86 | ADP TX/FINCL SVC 323298036 ADP - TAX 731018375079NPV PRENDA LAW INC PRENDA 010213 |
| 01/04 | 1,854.90 | WEB INITIATED PAYMENT AT AMEX EPayment ACH PMT W3988 010413 |
| 01/04 | 5,000.00 | OUTGOING WIRE TRANS 010413 |
| 01/07 | 20.00 | WEB INITIATED PAYMENT AT GATEWAY SERVICES WEBPAYMENT 010713 |
| 01/07 | 3,043.86 | WEB INITIATED PAYMENT AT BK OF AMER VI/MC ONLINE PMT CKF032593137POS 010713 |
| 01/07 | 12,500.00 | OUTGOING WIRE TRANS 010713 |
| 01/08 | 14.86 | Bluepay,Inc. BP 8667398324 100120344336 SteeleHansmeier PLLC 010813 |
| 01/09 | 103.80 | Bluepay,Inc. BP 8667398324 100120446242 SteeleHansmeier PLLC 010913 |
| 01/09 | 1,428.68 | Bluepay,Inc. BP 8667398324 100120446385 Prenda Law 010913 |
| 01/10 | 3.00 | DEBIT CARD PURCHASE AT MNEFILE*TYLER FEES, 800-657-3511, TX ON 010913 FROM CARD#: XXXXXXXXXXX9619 |
| 01/11 | 3.00 | DEBIT CARD PURCHASE AT MNEFILE*TYLER FEES, 800-657-3511, TX ON 011013 FROM CARD#: XXXXXXXXXXX9619 |
| 01/11 | 5.00 | DEBIT CARD PURCHASE AT MNEFILE*TYLER FEES, 800-657-3511, TX ON 011013 FROM CARD#: XXXXXXXXXXX9627 |
| 01/11 | 322.00 | DEBIT CARD PURCHASE AT MNCOURT*0001879450, 612-348-5021, MN ON 011013 FROM CARD#: XXXXXXXXXXX9627 |
| 01/11 | 25.00 | Bluepay,Inc. BP 8667398324 100120648796 Prenda Law 011113 |

## Withdrawals / Debits - continued

| Date | Amount | Description |
|------|--------|-------------|
| 01/11 | 84.00 | ADP PAYROLL FEES OT ADP - FEES 2RNPV 0991333 PRENDA LAW INC 011113 |
| 01/11 | 129.00 | Bluepay,Inc. BP 8667398324 100120648678 SteeleHansmeier PLLC 011113 |
| 01/11 | 662.39 | SERVICE CHARGE |
| 01/14 | 500.00 | FUNDS TRANSFER TO CK: XXXXX7357 REF # 00552542555 |
| 01/16 | 403.03 | TELEPHONE INITIATED PAYMENT AT VZ WIRELESS VN E CHECK 9432859 011613 |
| 01/18 | 107.00 | RECURRING PURCHASE AT VESTA *T-MOBILE, 888-278-3397, OR ON 011713 FROM CARD#: XXXXXXXXXXXX9627 |
| 01/22 | 127.50 | ADP PAYROLL FEES OT ADP - FEES 2RNPV 1551943 PRENDA LAW INC 012213 |
| 01/23 | 3.00 | DEBIT CARD PURCHASE AT MNEFILE*TYLER FEES, 800-657-3511, TX ON 012213 FROM CARD#: XXXXXXXXXXXX9627 |
| 01/23 | 8.00 | DEBIT CARD PURCHASE AT MNEFILE*TYLER FEES, 800-657-3511, TX ON 012213 FROM CARD#: XXXXXXXXXXXX9627 |
| 01/23 | 8.00 | DEBIT CARD PURCHASE AT MNEFILE*TYLER FEES, 800-657-3511, TX ON 012213 FROM CARD#: XXXXXXXXXXXX9627 |
| 01/23 | 8.00 | DEBIT CARD PURCHASE AT MNEFILE*TYLER FEES, 800-657-3511, TX ON 012213 FROM CARD#: XXXXXXXXXXXX9627 |
| 01/23 | 8.00 | DEBIT CARD PURCHASE AT MNEFILE*TYLER FEES, 800-657-3511, TX ON 012213 FROM CARD#: XXXXXXXXXXXX9627 |
| 01/23 | 100.00 | DEBIT CARD PURCHASE AT MNCOURT*0001991200, 612-348-5021, MN ON 012213 FROM CARD#: XXXXXXXXXXXX9627 |
| 01/23 | 100.00 | DEBIT CARD PURCHASE AT MNCOURT*0001991220, 612-348-5021, MN ON 012213 FROM CARD#: XXXXXXXXXXXX9627 |
| 01/23 | 100.00 | DEBIT CARD PURCHASE AT MNCOURT*0001991210, 612-348-5021, MN ON 012213 FROM CARD#: XXXXXXXXXXXX9627 |
| 01/23 | 100.00 | DEBIT CARD PURCHASE AT MNCOURT*0001991230, 612-348-5021, MN ON 012213 FROM CARD#: XXXXXXXXXXXX9627 |
| 01/24 | 3.00 | DEBIT CARD PURCHASE AT MNEFILE*TYLER FEES, 800-657-3511, TX ON 012313 FROM CARD#: XXXXXXXXXXXX9627 |
| 01/25 | 8.00 | DEBIT CARD PURCHASE AT MNEFILE*TYLER FEES, 800-657-3511, TX ON 012413 FROM CARD#: XXXXXXXXXXXX9619 |
| 01/25 | 8.00 | DEBIT CARD PURCHASE AT MNEFILE*TYLER FEES, 800-657-3511, TX ON 012413 FROM CARD#: XXXXXXXXXXXX9627 |
| 01/25 | 100.00 | DEBIT CARD PURCHASE AT MNCOURT*0002023250, 612-348-5021, MN ON 012413 FROM CARD#: XXXXXXXXXXXX9619 |
| 01/25 | 100.00 | DEBIT CARD PURCHASE AT MNCOURT*0002021660, 612-348-5021, MN ON 012413 FROM CARD#: XXXXXXXXXXXX9627 |
| 01/28 | 141.19 | ADP TX/FINCL SVC RL ADP - TAX RMNPV 6157570VV PRENDA LAW INC 012813 |
| 01/28 | 233.63 | COX COMM LAS BANKDRAFT 476120593001001 012813 |
| 01/28 | 1,257.05 | WEB INITIATED PAYMENT AT AMEX EPayment ACH PMT W3382 012813 |
| 01/28 | 4,524.82 | WEB INITIATED PAYMENT AT AMEX EPayment ACH PMT W1992 012813 |
| 01/28 | 5,000.00 | OUTGOING WIRE TRANS 012813 |
| 01/29 | 867.64 | WEB INITIATED PAYMENT AT BK OF AMER VI/MC ONLINE PMT CKF032593137POS 012913 |
| 01/29 | 12,070.61 | WEB INITIATED PAYMENT AT BK OF AMER VI/MC ONLINE PMT CKF032593137POS 012913 |
| 01/31 | 195.59 | NEVADA POWER PRO NPC PYMT 029637871402150 013113 |

## Deposits / Credits

**4 items totaling $90,000.00**

| Date | Amount | Description |
|------|--------|-------------|
| 01/03 | 20,000.00 | FUNDS TRANSFER FROM CK: XXXXX7456 REF # 00551238300 |
| 01/03 | 30,000.00 | INCOMING WIRE TRANS 010313 |
| 01/04 | 10,000.00 | FUNDS TRANSFER FROM CK: XXXXX7456 REF # 00551357174 |
| 01/25 | 30,000.00 | FUNDS TRANSFER FROM CK: XXXXX7456 REF # 00553962812 |

## Daily Balance Summary

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/02 | 13,740.17 | 01/09 | 23,307.78 | 01/16 | 12,109.69 |
| 01/03 | 52,915.17 | 01/10 | 22,210.81 | 01/18 | 12,002.69 |
| 01/04 | 50,333.05 | 01/11 | 19,215.42 | 01/22 | 11,875.19 |
| 01/07 | 29,551.72 | 01/14 | 13,047.72 | 01/23 | 11,371.97 |
| 01/08 | 24,840.26 | 01/15 | 12,512.72 | 01/24 | 11,348.00 |

Statement Period Date: 1/1/2013 - 1/31/2013
Account Type: Bus Advantage Chking
Account Number: 7238947365

FIFTH THIRD BANK
(CHICAGO)
P.O. BOX 630900 CINCINNATI OH 45263-0900

PRENDA LAW INC
161 N CLARK ST STE 3200
CHICAGO IL 60601-3247

0

30859

Banking Center: 161 North Clark
Banking Center Phone: 312-368-1201
Commercial Client Services: 1-800-589-5355
www.53.com

## Daily Balance Summary - continued

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 01/25 | 41,067.00 | 01/29 | 11,717.27 | 01/31 | 5,760.89 |
| 01/28 | 29,910.31 | 01/30 | 9,399.28 | | |

Page 9 of 11

Case 3:12-cv-00889-DRH-SCW   Document 172-8 *SEALED*   Filed 05/16/14   Page 4 of 4
Case: 14-1682       Document: 28     Filed: 07/30/2014     Pages: 90
PageID 3929





Posting Date 2013 Jan 24 Posting Check Number 1165 Amount $20.97



Posting Date  2013 Jan 24 Posting Check Number 1165 Amount $20.97



Posting Date 2013 Jan 25 Posting Check Number 1169 Amount $65.00



Posting Date  2013 Jan 25 Posting Check Number 1169 Amount $65.00



Posting Date 2013 Jan 29 Posting Check Number 1171 Amount $450.00

Posting Date  2013 Jan 29 Posting Check Number 1171 Amount $450.00



Posting Date 2013 Jan 29 Posting Check Number 7582 Amount $4,804.79

Posting Date  2013 Jan 29 Posting Check Number 7582 Amount $4,804.79

**P E A R L**

**I N S U R A N C E**

Pearl Insurance
1200 East Glen Avenue
Peoria Heights, IL 61616-5348
1.800.447.4982

9/6/2011

John Steele
Steele Hansmeier
161 N Clark St
Ste 4700
Chicago, IL  60601-3201

Re:     Professional Liability Insurance
        Policy No. IPL425258843

Dear John:

The above-referenced Professional Liability Policy through Columbia Casualty is due to expire on 11/11/2011.

We have enclosed the required application and forms that need to be completed and **returned by 10/4/2011** if a renewal quotation is desired.  Please be sure to include all the required attachments.

Thank you for choosing Pearl Insurance for your insurance needs.  Should you have any questions or comments, please contact our office at 800-322-2488.

Sincerely,

Pearl Insurance

Chanda Beasley
Client Relations
Ph: 800-322-2488 Fax: 866-817-9009
chanda.beasley@pearlinsurance.com

**P E A R L**

**I N S U R A N C E**

Pearl Insurance
1200 East Glen Avenue
Peoria Heights, IL 61616-5348
1.800.447.4982

12/7/2011

John Steele
Prenda Law Inc.
161 N Clark St
Ste 3200
Chicago, IL  60601-3247

Re:     Professional Liability Insurance
        Policy No. IPL425258843

Dear John:

Pearl Insurance appreciates the opportunity to provide you with the enclosed liability insurance policy through Columbia Casualty.

Pearl Insurance has built our reputation on service excellence and we look forward to providing you with quality service for your professional liability coverage.  Please look over the enclosed policy carefully, giving special attention to the Insuring Agreement and Exclusions.

Should you become aware of a claim or incident that may result in a claim, please review the Conditions section of the policy for reporting requirements.

We thank you for choosing Pearl Insurance for your insurance needs.  Please contact our office at 800-322-2488 if there are any questions.

Sincerely,

Pearl Insurance

Jeffry M Weisert

Jeff Weisert
Account Coordinator
Ph: 309-679-0364  Fax: 866-817-9009
jeff.weisert@pearlinsurance.com

NOV -9 2011

John Steele - Prenda Law
1111 Lincoln Rd Ste 400
Miami Beach, FL 33139

999991

02-1
710   431

DATE 11/8/11

PAY TO THE
ORDER OF   Pearl Insurance.                           $ 15,290 00

Fifteen Thousand Two Hundred Ninety 00/100                DOLLARS

CHASE
JPMorgan Chase Bank, N A
www.Chase.com

FOR  Premium.  03-A041625

⑆999991⑆ ⑈071000013⑈ 993146727⑆

999995

DATE 11/17/11

02-1
710  431

PAY TO THE
ORDER OF _____ Pearl Insurance _____ $ 15,290.06

Fifteen thousand Two Hundred & Ninety _____ 06 DOLLARS

CHASE ⬡
JPMorgan Chase Bank, N A
www.Chase.com

FOR Prenda Law Insurance Policy

⑆999995⑆ ⑉071000013⑉ 993146927⑈



DDA Debits - 12/05/2011

DDA Debits - 12/05/2011

DDA Debits - 11/28/2011

DDA Debits - 11/28/2011

DDA Debits - 11/21/2011

DDA Debits - 11/21/2011

DDA Debits - 11/08/2011

DDA Debits - 11/08/2011

DDA Debits - 10/11/2011

DDA Debits - 10/11/2011

Account # 2450606430

Date

Pay to the Order of Nathan Wersal — $ 931.28

Nine-Hundred Thirty-One and 28/100 — Dollars

TCF BANK   www.tcfbank.com (612) TCF-BANK   Open 7 Days.

Memo Nov. Payroll Prenda Law

⑆291070001⑆ 844048592 8⑈ 01173

DDA Debits – 12/05/2011

DDA Debits – 12/05/2011

---

TCF your convenience bank.

ALPHA LAW FIRM LLC   1172
612-234-5744
115 2ND AVE S. APT 1303
MINNEAPOLIS, MN 55401   17-7000/2910 93   8440485928

12/2/11   Date

Pay to the Order of Angela Vandhemel — $1,365.88

One Thousand Three Hundred Sixty-Five and 72/100 — Dollars

TCF BANK   www.tcfbank.com (612) TCF-BANK   Open 7 Days.

Memo Prenda Law Nov. Payroll

⑆291070001⑆ 844048592 8⑈ 01172

DDA Debits – 12/05/2011

DDA Debits – 12/05/2011

---

TCF your convenience bank.

ALPHA LAW FIRM LLC   1176
612-234-5744
115 2ND AVE S. APT 1303
MINNEAPOLIS, MN 55401   17-7000/2910 93   8440485928

12/2/11   Date

Pay to the Order of Michael Dugas — $ 2890.41

Two Thousand Eight Hundred Ninety and 41/100 — Dollars

TCF BANK   www.tcfbank.com (612) TCF-BANK   Open 7 Days.

Memo Nov. Payroll Prenda Law

⑆291070001⑆ 844048592 8⑈ 01176

DDA Debits – 12/05/2011

DDA Debits – 12/05/2011

---

TCF your convenience bank.

ALPHA LAW FIRM LLC   1175
612-234-5744
115 2ND AVE S. APT 1303
MINNEAPOLIS, MN 55401   17-7000/2910 93   8440485928

12/2/11   Date

Pay to the Order of Peter Hansmeier — $ 3,625.55

Three Thousand Six Hundred Twenty-Five and 55/100 — Dollars

TCF BANK   www.tcfbank.com (612) TCF-BANK   Open 7 Days.

Memo Prenda Law Nov. Payroll

⑆291070001⑆ 844048592 8⑈ 01175

DDA Debits – 12/05/2011

DDA Debits – 12/05/2011

---

TCF your convenience bank.

ALPHA LAW FIRM LLC   1174
612-234-5744
115 2ND AVE S. APT 1303
MINNEAPOLIS, MN 55401   17-7000/2910 93   8440485928

12/2/11   Date

Pay to the Order of Charles Piehl — $ 2,324.95

Two Thousand Three Hundred Twenty-Four and 95/100 — Dollars

TCF BANK   www.tcfbank.com (612) TCF-BANK   Open 7 Days.

Memo Prenda Law Nov. Payroll

⑆291070001⑆ 844048592 8⑈ 01174

DDA Debits – 12/05/2011

20111205 990751000758 >291070001< ⅃CFNATL

DDA Debits – 12/05/2011



DDA Debits – 01/05/2012

DDA Debits – 01/05/2012

DDA Debits – 01/04/2012

DDA Debits – 01/04/2012

DDA Debits – 01/04/2012

DDA Debits – 01/04/2012

DDA Debits – 12/20/2011

DDA Debits – 12/20/2011

DDA Debits – 12/08/2011

DDA Debits – 12/08/2011



DDA Debits - 02/03/2012     DDA Debits - 02/03/2012

DDA Debits - 01/10/2012     DDA Debits - 01/10/2012

DDA Debits - 01/09/2012     DDA Debits - 01/09/2012

DDA Debits - 01/09/2012     DDA Debits - 01/09/2012

DDA Debits - 01/06/2012     DDA Debits - 01/06/2012



DDA Debits - 02/15/2012      DDA Debits - 02/15/2012

DDA Debits - 02/06/2012      DDA Debits - 02/06/2012

DDA Debits - 02/06/2012      DDA Debits - 02/06/2012

DDA Debits - 02/06/2012      DDA Debits - 02/06/2012

DDA Debits - 02/06/2012      DDA Debits - 02/06/2012



DDA Debits - 02/15/2012

DDA Debits - 02/15/2012

DDA Debits - 02/06/2012

DDA Debits - 02/06/2012

DDA Debits - 02/06/2012

DDA Debits - 02/06/2012

DDA Debits - 02/06/2012

DDA Debits - 02/06/2012

DDA Debits - 02/06/2012

DDA Debits - 02/06/2012

Page 2  −X
8440485928



| | |
|---|---|
| 10/9/2012   1256  5,750.00 | 10/12/2012   1257  155.00 |



DDA Credits - 02/06/2013

DDA Credits - 02/06/2013

DDA Debits - 02/06/2013

DDA Debits - 02/06/2013



DDA Debits - 04/08/2013

DDA Debits - 04/08/2013

---

DDA Debits - 04/05/2013

DDA Debits - 04/05/2013

---

DDA Debits - 03/25/2013

DDA Debits - 03/25/2013

---

DDA Debits - 03/15/2013

DDA Debits - 03/15/2013

---

DDA Debits - 03/08/2013

DDA Debits - 03/08/2013

**P E A R L**

**I N S U R A N C E**

**Pearl Insurance**
1200 East Glen Avenue
Peoria Heights, IL 61616-5348
1.800.447.4982

12/7/2011

John Steele
Prenda Law Inc.
161 N Clark St
Ste 3200
Chicago, IL  60601-3247

Re:   Professional Liability Insurance
      Policy No. IPL425258843

Dear John:

Pearl Insurance appreciates the opportunity to provide you with the enclosed liability insurance policy through Columbia Casualty.

Pearl Insurance has built our reputation on service excellence and we look forward to providing you with quality service for your professional liability coverage.  Please look over the enclosed policy carefully, giving special attention to the Insuring Agreement and Exclusions.

Should you become aware of a claim or incident that may result in a claim, please review the Conditions section of the policy for reporting requirements.

We thank you for choosing Pearl Insurance for your insurance needs.  Please contact our office at 800-322-2488 if there are any questions.

Sincerely,

Pearl Insurance

Jeff Weisert
Account Coordinator
Ph: 309-679-0364  Fax: 866-817-9009
jeff.weisert@pearlinsurance.com



**Pearl Insurance**
1200 East Glen Avenue
Peoria Heights, IL 61616-5348
1.800.447.4982

==3/20/2013==

==John Steele==
==Prenda Law Inc.==
161 N Clark St
Ste 3200
Chicago, IL  60601-3247

Re:     Professional Liability Insurance
         Policy No. IPL425258843

Dear John:

In accordance with the recent request, an endorsement for the above captioned policy is enclosed.  This endorsement amends the policy and should be placed with your current policy.  This endorsement changes your address.

Please contact our office at 800-322-2488 if you have any questions or if we can be of further assistance to you in this regard.

Sincerely,

Pearl Insurance

Christi D. Monroe

Christi Monroe
Account Representative
Phone: 800-447-4982  Fax: 866-817-9009
christi.monroe@pearlinsurance.com

I#006600 12

Prepared Especially For
Prenda Law Ltd.

LIMITS OF LIABILITY AND DEDUCTIBLE OPTIONS

| Limits EC/Agg In Thousands | Per Claim Deductible | Annual Premium | Surplus Lines Charges | Total Cost Of Insurance | Down Payment For Financing |
|---|---|---|---|---|---|
| 1,000/2,000 | 5,000 | $15,445.00 | $540.58 | $15,985.58 | $3,629.58 |
| 2,000/2,000 | 5,000 | $18,016.00 | $630.56 | $18,646.56 | $4,233.76 |
| 1,000/2,000 | 10,000 | $14,755.00 | $516.43 | $15,271.43 | $3,467.43 |
| 2,000/2,000 | 10,000 | $17,334.00 | $606.69 | $17,940.69 | $4,073.49 |

This Insurance Proposal is based on the information that you submitted, and is valid until 11/11/12.  We understand that your professional staff is comprised of   3 lawyer(s) and   5 of counsel.
This insurance is underwritten by the Columbia Casualty Company which a Surplus Lines Insurer and Surplus Lines Charges are included in the cost of this insurance.

TERMS AND CONDITIONS:

This Insurance Proposal would include the following coverage terms and conditions:

- Columbia Casualty Company Intellectual Property Lawyers Policy Form G-145080-B(Ed. 1/08)
- The Limits shown are the highest that the Company is willing to offer.
- The Deductible shown is the lowest that the Company is willing to offer.
- The Company is willing to offer only a per-claim Deductible.
- Claims expenses are included within the Limits of Liability and Deductible shown.
- This insurance is subject to a Retroactive Date of 11/11/10 .  The policy will not provide coverage for claims arising from legal services performed prior to this date. (same as expiring)
- G-145096-A(12-03)- Predecessor Firm Endorsement
  Predecessor firm coverage is afforded under this policy for Steele Hansmeier, PLLC

NOTE:   Specimens of pertinent policy forms and endorsements are available upon request.

SUBJECT TO:

As a prerequisite to your binding coverage under the terms and conditions of this Insurance Proposal, the following item(s) must be submitted to, received and approved by CNA.  Moreover, this  proposal may be subject to change or withdrawal, depending on the content of the information that is provided:

- Renewal Applicant's Acceptance.
- Executed Acknowledgment of the Retroactive Date Exclusion 11/11/10.
- A sample of your firm's letterhead.

Upon receipt of the above information, Jamison will advise you whether it has been approved, and confirm whether the terms and conditions of

## Account Agreement (Retail/Consumer)

**TCF BANK**
Open 7 Days.
your convenience bank.

| Date | Account Number(s) | Type of Account | Beginning Interest Rate | Beginning Annual Percentage Yield | Opening Balance | Cards Requested |
|------|-------------------|-----------------|-------------------------|-----------------------------------|-----------------|-----------------|
| 03/08/2013 | 5442274281 | PREMIER CHECKING | .1000 | .1000 | $14,600.00 | 0 |

IOLTA TRUST
PAUL ROBERT HANSMEIER  AS TRUSTEE(S)

CM9510
SAINT PAUL, MN  55170

### For Custodial Accounts Only

This Account is opened under the Uniform Gifts to Minor Act (UGMA) or Uniform Transfers to Minors Act (UTMA) of the state where you, the custodian, have your primary residence at the time of Account opening (as shown in TCF records) unless a different state is specified above. If the custodian for this Account becomes legally incompetent, dies, or resigns, the following individual is named as the successor custodian:

_____
Successor Custodian

### For Fiduciary Accounts Only

State here whether all the persons with a beneficial interest in this Account are natural persons. A beneficial interest is legal right to, or interest in, the Account. A natural person is an individual, as opposed to another kind of legal entity, such as a corporation or partnership. All the persons with a beneficial interest in this Account:  ☐  Are natural persons   ☐  Are NOT natural persons

### DEFINITIONS

"Account" means the checking or savings account(s) listed above.

"Account Contract" means: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts* (except for certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit); (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields Schedule*; (5) the TCF Privacy Policy (as applicable); and (6) any additional agreements between you and TCF and any additional disclosures that TCF may give you. TCF may change your Account Contract from time to time by giving you notice of the change.

"Affiliates" means any company directly or indirectly owned by us or TCF Financial Corporation.

"Available Balance" has the meaning defined in TCF's *Terms and Conditions for Checking and Savings Accounts.*

"TCF," "TCF Bank," "we," "us," and "our" mean: TCF National Bank. We are owned by TCF Financial Corporation.

"You" and "your" mean each person or entity named above as Account owner. If there is more than one Account owner, "you" and "your" mean each owner individually and all owners together.

### YOUR ACCOUNT

You are the legal owner of the Account, which exists as soon as you make a deposit to it. TCF does not have to allow any withdrawals or transfers from the Account until (1) all Account owners have signed this Agreement and any other documentation TCF requires and returned them to us; and (2) all other terms of your Account Contract with TCF have been met.

You certify that you are not opening this Account on behalf of a foreign financial institution as that term is defined under the Bank Secrecy Act.

### ELECTRONIC COMMUNICATIONS

You agree that TCF may send you account information by email or text message. We may do so using the email address or mobile phone number you have given us. When we send you a communication in this way, we will not send it again in the mail unless the law requires mailed notice. These communications may include information about overdrafts and dishonored items on your account. They may also include other information about your account.

We may also send you promotional information by email or text message. This may include information about TCF products and services. However, you may ask us to stop sending this promotional material electronically by simply selecting the "unsubscribe" or "opt out" option in the communication or by contacting TCF Customer Service.

Account Number(s) (the "Account")  5412743001

## FAIR CREDIT REPORTING ACT AND SHARING OF INFORMATION ACKNOWLEDGEMENT

You agree to give TCF current information about you and your financial situation when you apply for an Account with TCF and whenever TCF asks for this information while you have a business relationship with TCF. You state and agree that all information you give or will give to TCF is true, correct, and complete. You give TCF permission to get consumer reports (including credit scores, such as FICO scores) and other kinds of financial and personal information about you from consumer reporting agencies and others. TCF may get this information when you apply for an Account and any later time while you have a business relationship with TCF. A "consumer report," sometimes called a "credit bureau report," is any kind of report we get from a consumer reporting agency concerning your: (1) credit worthiness; (2) credit standing; (3) credit capacity; (4) character; (5) general reputation; (6) personal characteristics; or (7) mode of living.

You give TCF permission to investigate and use in our banking business the information described in this section called "Fair Credit Reporting Act and Sharing of Information Acknowledgement," and other information about you and your transactions with us, such as when we: (1) decide whether to open an account for you; (2) review your Account or collect money you owe us on your Account; (3) assign to your Account a code that we use, along with other information, to determine whether to pay your checks or other transactions; (4) assign your Account to a category that we use to determine whether to make certain deposits available to you sooner than would otherwise be required by your Account Contract; or (5) have other legitimate business purposes to investigate or use the information.

You give TCF permission to share the information described in this section, and other information about you and your transactions with us, with our Affiliates. You also give permission for our Affiliates to use this information to determine whether to offer your other products and services, and for other legitimate business purposes. You also give TCF permission to share this information with companies that are not our Affiliates. You may direct TCF to NOT share certain information described in this section with our Affiliates or with other third parties, as explained in the TCF Privacy Policy.

1. Initial: _____   2. Initial: _____   3. Initial: _____   4. Initial: _____

## CERTIFICATION OF FEDERAL TAXPAYER IDENTIFICATION NUMBER
(In this certification below, "I," "me," and "my" mean the Account owner)

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding; or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below) (including a U.S. resident alien).

Note: Certification Instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return.

Signature of U.S. Person _____   Date: 3/3/12

Definition of a U.S. person. For federal tax purposes, you are considered a U.S. person if you are:
- An individual who is a U.S. citizen or U.S. resident alien;
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States;
- An estate (other than a foreign estate); or
- A domestic trust (as defined in Internal Revenue Service Regulations section 301.7701-7).

## OVERDRAFT FEE ACKNOWLEDGEMENT FOR CHECKING ACCOUNTS

*For Accounts other than TCF Choice Checking:* TCF charges an overdraft fee of $37 unless the item is less than $1. TCF also charges $37 for each item we return without paying. These fees are limited to 5 per day. An "item" includes checks, ATM or debit card transactions, in-person withdrawals, ACH or other electronic transactions, and other debits.

*For TCF Choice Checking:* TCF charges a daily overdraft fee of $28 for the first 5 days your Account is overdrawn by more than $5 and $14 for the next 5 days your Account is overdrawn by more than $5. TCF also charges a fee of $27 for any day that we return items without paying them.

*For All Accounts:* TCF's current practice is to process transactions for each Business Day generally as follows: (1) We process deposits you make before the cutoff time for the day before we process withdrawals. (2) We process certain priority withdrawals (such as wire transfers, electronic bill payments, teller withdrawals, and checks you write that are deposited into a TCF account or cashed by a TCF branch before others. We process these transactions in groups in order of highest-to-lowest amount of the transaction within each group. (3) We generally process Card withdrawals in chronological order based on the date and time associated with the transaction. We process these transactions before checks and automated (ACH) withdrawals. (4) We generally process checks in check number order from lowest-to-highest. We process these transactions before automated (ACH) withdrawals. (5) We process automated (ACH) withdrawals in random order. Please note that transactions may not be processed in the order in which they occurred. The way that TCF processes transactions may result in more overdraft and returned item fees than if we processed transactions in a different way. See TCF's *Terms and Conditions for Checking and Savings Accounts* for more information on the way TCF processes transactions for your Account.

1. Initial: _____   2. Initial: _____   3. Initial: _____   4. Initial: _____

**Please Note:** You should avoid overdrafts. You can contact TCF Customer Service at 1-800-TCF-BANK (823-2265) or 612-823-2265 (Twin Cities) or use TCF Online Banking (tcfbank.com) to check your balance and recent transactions posted to your account. Sign up for TCF Online Banking to get alerts to notify you when your account balance at the end of the previous business day falls below $0 or another amount you specify. Ask us about our savings transfer product, or see if you qualify for our overdraft line of credit. These may cost less than overdraft fees. You can also notify TCF if you do not want us to pay overdrafts on your consumer checking account. See next page for more information.

Page 2 of 3

Account Number(s) (the "Account") _____

## OVERDRAFT ELECTION

TCF does not charge a fee for overdrafts due to ATM or everyday (nonrecurring) debit card transactions unless you ask us to authorize and pay those transactions. You can do so, called opt-in, by initialing the appropriate line in the Overdraft Election below (or you may notify us later). TCF has given you a notice called *What You Need to Know About Overdrafts and Overdraft Fees* that further describes our policy. You are not required to opt-in to get an account, and you may opt-in for some accounts and not others.

You also have the option to notify TCF if you do not want us to pay your overdrafts due to checks, ACH transactions (such as electronic monthly bill payments) and electronic transfers not involving the use of your debit card. If you exercise this option, called opt-out, TCF will return these items without paying them. You can opt-out when opening your Account or you may notify us later. If you want us to pay these overdrafts, you can confirm this by initialing the appropriate line in the Overdraft Election below.

If you ask TCF to authorize and pay your overdrafts, it is up to our discretion to pay them. Please note that TCF charges a fee for paying your overdrafts and for returning items without paying them. You can change any of your elections at any time. To do so, and for more information about changing your elections, call TCF Customer Service at 1-800-TCF-BANK (823-2265) or 612-823-2265 (Twin Cities).

I want TCF to authorize and pay overdrafts on my ATM and everyday debit card transactions for the checking account listed on the first page.

1. Initial:_____ 2. Initial:_____ 3. Initial:_____ 4. Initial:_____

I want TCF to pay overdrafts on my checks, ACH transactions, and transfers not involving the use of my debit card for the checking account listed on the first page.

1. Initial:_____ 2. Initial:_____ 3. Initial:_____ 4. Initial:_____

## ARBITRATION AGREEMENT ACKNOWLEDGEMENT

Your Account Contract includes an arbitration agreement. If there is a dispute between you and TCF and the dispute is covered by the arbitration agreement, then either you or TCF may require the dispute to be resolved by arbitration in front of an arbitrator. This means that you and TCF will not have: (1) the right to a jury or court trial to resolve the dispute; or (2) the right to pursue a claim as a class action. You have the right to reject the arbitration agreement by giving written notice to TCF within 30 days after the date of this Agreement following the procedures described in your Account Contract. See the section called "Arbitration of Disputes" in TCF's *Terms and Conditions for Checking and Savings Accounts* (except for certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit) for more information.

1. Initial:_____ 2. Initial:_____ 3. Initial:_____ 4. Initial:_____

## ACKNOWLEDGEMENT

By signing below, you acknowledge that you have received a copy of the following, all of which are part of your Account Contract with TCF: (1) this Agreement; (2) TCF's *Terms and Conditions for Checking and Savings Accounts* (except for certificates of deposit) or TCF's *Terms and Conditions for Certificates* (for certificates of deposit); (3) TCF's *Deposit Account Services and Prices Schedule*; (4) TCF's *Current Rates and Yields Schedule*; and (5) the TCF Privacy Policy. You also acknowledge that you have received the notice called *What You Need to Know About Overdrafts and Overdraft Fees.*

By signing below, you understand and agree to all the terms of your Account Contract. By continuing your Account or using any account-related services, you confirm your agreement to all the terms of your Account Contract as it may be amended from time to time. You also agree, to the extent you are legally permitted to do so, that TCF may treat funds deposited into your Account from government benefit programs (for example, Social Security), whether by check or direct deposit, the same as any other deposits to your Account. This means, among other things, that TCF may deduct overdrafts and account fees, including overdraft fees, from those deposits. You also confirm that you have requested a TCF Check Card and/or TCF ATM Card as indicated on the first page of this Agreement (except for certificate of deposit accounts).

By providing TCF with your contact numbers (for home phone, business phone, cellular phone, or other wireless device), you agree that we may: (1) contact you at any of those numbers in connection with your account and for other reasons; (2) send to those numbers any calls using an automated telephone dialing system or prerecorded voice messaging; and (3) send you automated text messages. You also agree that you will be responsible for any charges you incur for these calls and messages, and that this consent applies to any home phones, business phones, cellular telephones, and wireless devices you use now and in the future.

Any of the persons signing below is authorized to conduct transactions on this Account. You state and agree that the signature appearing alongside the name of each Authorized Signer is the true and correct signature of the signer.

If you owe TCF a balance on a previous deposit or loan account, you agree that TCF may deduct that amount from your new Account, regardless of the source of the funds in your new Account.

Signed: _____  Date 3/7/13  41-1453935

Customer (Social Security Number Owner/Authorized Signer) ____ Date ____ Social Security Number

Customer (Authorized Signer) ____ Customer (Authorized Signer) ____ Customer (Authorized Signer)

**TO OPEN AN ACCOUNT, THIS AGREEMENT MUST BE SIGNED OR INITIALED BY THE APPROPRIATE PERSON IN ALL PLACES WHERE INDICATED, EXCEPT THE OVERDRAFT ELECTIONS (WHICH ARE OPTIONAL).**

66978

©2012 TCF National Bank. Member FDIC. www.tcfbank.com. CFSAV0536 CBB. (REV 09/12/12)  Page 3 of 3

**Wagner, Mary**

| | |
|---|---|
| From: | Monroe, Christi |
| Sent: | Thursday, October 11, 2012 2:09 PM |
| To: | FAX-PSU |
| Subject: | FW: 11/11xdt/IL/PRENDA LAW INC/ID#1-16KNKV |

Mary-

Please see customers response below.  He called me earlier and complained and questions
the reason for increase and followed up with this email.
Can you please obtain reason for increase from carrier and see if there is anything they
can do.

Thanks!
Christi


Christi Monroe - Account Representative

Pearl Insurance
1200 E. Glen Ave.
Peoria Heights, IL 61616

PH: 309.679.0219
TF: 800.447.4982
F: 866.817.9009
E: christi.monroe@pearlinsurance.com

www.pearlinsurance.com | Coverage That's Right For You

-----Original Message-----
From: john@6881forensics.com [mailto:john@6881forensics.com]
Sent: Thursday, October 11, 2012 11:12 AM
To: Monroe, Christi
Subject: Re: 11/11xdt/IL/PRENDA LAW INC/ID#1-16KNKV

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

Christi,

Thanks for your email.  I have reviewed your new policy premium and I am a little
concerned with the incresse.  Nothing has really changed in our firm, and we have never had
a claim or any discipline action.  I feel compelled to let you know I will have to shop
around and confirm that such a large increase is in line with the industry.  I suspect it
is not.

- --
John L. Steele
161 N. Clark St. Suite 3200
Chicago, IL 60601
(708) 689-8131

jlsteele@6881forensics.com

On Thu, October 11, 2012 11:11 am, Monroe, Christi wrote:

> John-
>
> Hi
>

1

**CHASE ○**
JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 -9754

February 15, 2012 through March 14, 2012
Primary Account: **000000897624110**

Illulladlaludladdaadladldlllaadadaadladalldal
00006408 DRC 997 141 07512 NNNNNNNNNNN  P 1 000000000 10 0000
**JOHN STEELE**
**OR KERRY ECKENRODE**
114 1ST RIVO ALTO TER
MIAMI BEACH FL 33139-1204

### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



### Important Information about Chase Personal Checking and Savings Accounts
Starting March 19, 2012, we will lower the following fees[1] on our checking and savings accounts:

- Overdraft Protection Transfer Fee to $10.
- Stop Payment Fee to $30 per request made with a banker.
- Stop Payment Fee via **chase.com** or Chase by Phone® automated phone system to $25 per request.

We are also extending how long a stop payment will be in effect. Stop payments made on or after March 19, 2012, on checks will now be effective for one year rather than 180 days. Depending on how your stop payment was originated (request made with a banker, via **chase.com** or Chase by Phone®), we will send a confirmation of your stop payment.

On ACH transactions, your stop payment will last for a minimum of 18 months or until we have determined that the debit is no longer occurring, whichever is longer. When making a stop payment request, you must tell us if the payment is a recurring debit card transaction or an ACH payment and must give us the bank account number, the exact amount of the payment, and the designated payee name.

These changes will be updated in the Deposit Account Agreement and Additional Banking Services and Fees for Chase personal checking and savings accounts. All other terms of your account agreement remain the same. If you have any questions, please call us at 1-800-935-9935 or visit your nearest Chase branch.

[1] These fees may be waived with certain account types.

### CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Premier Checking | 000000897624110 | $868.65 | $11,376.76 |
| Chase Plus Savings | 000003039349471 | 85,767.20 | 94,005.32 |
| **Total** | | **$86,635.85** | **$105,382.08** |
| **TOTAL ASSETS** | | **$86,635.85** | **$105,382.08** |

**All Summary Balances** shown are as of March 14, 2012 unless otherwise stated.  For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

THIS PAGE IS PART OF A STATEMENT REQUEST
PROOF PAGE LD 10885

**CHASE** ○

February 15, 2012 through March 14, 2012
Primary Account: 000000897624110



### CHASE PREMIER CHECKING

JOHN STEELE                                                     Account Number: 000000897624110

OR KERRY ECKENRODE

### CHECKING SUMMARY

|  | AMOUNT |
|---|---|
| **Beginning Balance** | $868.65 |
| Deposits and Additions | 114,749.99 |
| Checks Paid | - 2,847.01 |
| ATM & Debit Card Withdrawals | - 3,642.19 |
| Electronic Withdrawals | - 97,601.68 |
| Fees and Other Withdrawals | - 151.00 |
| **Ending Balance** | **$11,376.76** |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.07 |
| Interest Paid Year-to-Date | $0.17 |

Interest paid in 2011 for account 000000897624110 was $0.49.

The monthly service fee for this account was waived as an added feature of Chase BusinessClassic account.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/16 | Online Transfer From Mma ...9471 Transaction#: 2530380685 | $3,000.00 |
| 02/21 | Deposit      1006411314 | 6,049.92 |
| 02/22 | Fed Wire Credit Via: Sabadell United Bank NA/067009646 B/O: Sierra Investment Partne Miami Beach FL 33139 Ref: Chase Nyc/Ctr/Bnf=John Steele OR Kerry Eckenrode Miami Beach, FL 331391204/Ac-000000008976 Rfb=O/B Sabadel Unld Imad: 0222F7B74I2C000039 Tm: 1652009053Ft | 89,700.00 |
| 02/27 | Online Transfer From Mma ...9471 Transaction#: 2543893505 | 3,000.00 |
| 03/12 | Online Transfer From Mma ...9471 Transaction#: 2567494142 | 8,000.00 |
| 03/12 | Online Transfer From Mma ...9471 Transaction#: 2567503402 | 5,000.00 |
| 03/14 | Interest Payment | 0.07 |
| **Total Deposits and Additions** | | **$114,749.99** |

**CHASE** 

February 15, 2012 through March 14, 2012
Primary Account: 000000897624110

## OVERDRAFT AND RETURNED ITEM FEE SUMMARY

|  | Total for This Period | Total Year-to-date |
|---|---|---|
| Total Overdraft Fees * | $136.00 | $136.00 |
| Total Returned Item Fees | $.00 | $.00 |

\* Total Overdraft Fees includes Insufficient Funds Fees, and Extended Overdraft Fees

## CHASE PLUS SAVINGS

JOHN STEELE                                    Account Number: 000003039349471

### SAVINGS SUMMARY

|  | AMOUNT |
|---|---|
| Beginning Balance | $85,767.20 |
| Deposits and Additions | 94,263.12 |
| Electronic Withdrawals | - 84,000.00 |
| Fees and Other Withdrawals | - 2,025.00 |
| Ending Balance | $94,005.32 |
| Annual Percentage Yield Earned This Period | 0.30% |
| Interest Earned This Period | $30.32 |
| Interest Paid Year-to-Date | $47.52 |

Interest paid in 2011 for account 000003039349471 was $3.54.

The monthly service fee for this account was waived as an added feature of Chase Premier Checking account.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
|  | Beginning Balance |  | $85,767.20 |
| 02/16 | 02/16 Online Transfer To  Chk ...4110 Transaction#: 2530380685 | - 3,000.00 | 82,767.20 |
| 02/21 | 02/21 Online Transfer To  Chk ...3470 Transaction#: 2537209432 | - 10,000.00 | 72,767.20 |
| 02/24 | Online Transfer From  Chk ...4110 Transaction#: 2540954599 | 94,232.80 | 167,000.00 |
| 02/27 | 02/25 Online Transfer To  Chk ...4110 Transaction#: 2543893505 | - 3,000.00 | 164,000.00 |
| 03/05 | 03/05 Online Transfer To  Chk ...3470 Transaction#: 2558581862 | - 14,000.00 | 150,000.00 |
| 03/09 | 03/09 Withdrawal | - 2,000.00 | 148,000.00 |
| 03/12 | 03/10 Online Transfer To  Chk ...4110 Transaction#: 2567494142 | - 8,000.00 | 140,000.00 |
| 03/12 | 03/10 Online Transfer To  Chk ...4110 Transaction#: 2567503402 | - 5,000.00 | 135,000.00 |
| 03/12 | 03/12 Online Wire Transfer Via: Sabadel Untd Bk FL/067009646 A/C: Sierra Miami Beach FL 33139 US Ref:/Time/12:50 Imad: 0312B1Qgc04C004268 Trn: 1089400072Es | - 41,000.00 | 94,000.00 |
| 03/12 | Wire Online Domestic Fee | - 25.00 | 93,975.00 |
| 03/14 | Interest Payment | 30.32 | 94,005.32 |
|  | Ending Balance |  | $94,005.32 |

**CHASE** ○

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265-9754

November 15, 2013 through December 12, 2013

Account Number:   000000508218596



### CUSTOMER SERVICE INFORMATION

| Web site: | Chase.com |
|---|---|
| Service Center: | 1-800-935-9935 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |

00052572 DRE 021 141 34713 NNNNNNNNNNN T  1 000000000 09 0000

**JOHN STEELE**
1111 LINCOLN RD STE 400
MIAMI BEACH FL 33139-2439

## Agreement Updates for Deposit Accounts and Chase Liquid® Cards

As of November 17, 2013, we are updating your agreement, including:

- Clarification of how mobile phone numbers may be used if you provide your mobile number to us.  You may contact us anytime to change your contact preferences.
- Information about new, innovative technology that we are beginning to install in our branches. This includes Express Banking kiosks that function similar to ATMs.
- Enhancements to our Stop Payment process to allow you more flexibility in placing stop payments on recurring payments.

All other terms and conditions remain the same. For a copy of your agreement, log on to chase.com or visit a branch. If you have questions, please call us at the telephone number listed on this statement or visit your nearest Chase branch.

## CHECKING SUMMARY | Chase Premier Plus Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $4,565.35 |
| Deposits and Additions | 48,000.20 |
| Electronic Withdrawals | - 36,125.00 |
| Fees and Other Withdrawals | - 16,440.55 |
| Ending Balance | $0.00 |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Earned This Period | $0.20 |
| Interest Paid Year-to-Date | $0.55 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/22 | Online Transfer From Chk ...4110 Transaction#: 3602164975 | $48,000.00 |
| 12/11 | Interest Payment | 0.20 |
| **Total Deposits and Additions** | | **$48,000.20** |

Page 1 of 4



**CHASE** ○

November 15, 2013 through December 12, 2013

Account Number: **000000508218596**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/21 | 11/21 Online Transfer To Chk ...4110 Transaction#: 3599917725 | $2,000.00 |
| 11/25 | 11/25 Online Wire Transfer Via: Bmo Harris Bank NA/071025661 A/C: Dan Voelker Chicago IL 60654 US Ref:/Bnf/For Voelker Litigation Group Imad: 1125B1Qgc07C001177 Tm: 3286500329Es | 10,000.00 |
| 12/04 | 12/04 Online Transfer To Chk ...9471 Transaction#: 3623525212 | 3,000.00 |
| 12/09 | 12/09 Fedwire Debit Via: Bk Amer Nyc/026009593 A/C: Aba/063000047 Jacksonville FL 32256-0708 Ben: Robert Balzebre Imad: 1209B1Qgc08C000644 Tm: 3052800343Es | 21,125.00 |
| **Total Electronic Withdrawals** | | **$36,125.00** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 11/18 | 11/18 Withdrawal | $1,000.00 |
| 11/25 | Wire Online Domestic Fee | 25.00 |
| 12/09 | Outgoing Domestic Wire Fee | 30.00 |
| 12/11 | 12/11 Withdrawal | 15,385.55 |
| **Total Fees & Other Withdrawals** | | **$16,440.55** |

**CHASE** ◯

December 01, 2011 through December 30, 2011
Account Number: 000000403354124



## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/08 | Deposit      973128064 | $5,000.00 |
| 12/15 | Online Transfer From  Chk ...3470 Transaction#: 2435673222 | 160,000.00 |
| **Total Deposits and Additions** | | **$165,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/16 | 12/16 Online Transfer To  Mma ...9471 Transaction#: 2437138970 | $10,000.00 |
| 12/19 | 12/19 Online Wire Transfer Via: Sabadel Untd Bk Fl/067009646 A/C: Sierra Miami Beach FL 33139 US Ref:/Time/08:59 Imad: 1219B1Qgc06C002072 Trn: 0717600353Es | 100,000.00 |
| 12/19 | 12/19 Online Wire Transfer Via: Sabadel Untd Bk Fl/067009646 A/C: Sierra Miami Beach FL 33139 US Ref:/Time/14:06 Imad: 1219B1Qgc08C005940 Trn: 1488100353Es | 50,000.00 |
| **Total Electronic Withdrawals** | | **$160,000.00** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 12/19 | Wire Online Domestic Fee | $25.00 |
| 12/19 | Wire Online Domestic Fee | 25.00 |
| 12/21 | 12/21 Withdrawal | 1,000.00 |
| **Total Fees & Other Withdrawals** | | **$1,050.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 12/08 | $5,100.00 |
| 12/15 | 165,100.00 |
| 12/16 | 155,100.00 |
| 12/19 | 5,050.00 |
| 12/21 | 4,050.00 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 3 |
| Deposits / Credits | 1 |
| Deposited Items | 0 |
| **Transaction Total** | **4** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |

Case 3:12-cv-00889-DRH-SCW   Document 172-18 *SEALED*   Filed 05/16/14   Page 1 of 1
Case: 14-1682      Document: 28      Page ID 3950      Filed: 07/30/2014      Pages: 90

DOCUMENT# L11000115254

**FILED**
Mar 22, 2013
**Secretary of State**
**CC7901777597**

**Entity Name:** SIERRA INVESTMENT PARTNERS LLC

**Current Principal  Place of Business:**

1717 COLLINS AVENUE
MIAMI BEACH,  FL  33139

**Current Mailing Address:**

1717 COLLINS AVENUE
MIAMI BEACH,  FL  33139

**FEI Number: APPLIED FOR**

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

BALZEBRE, ROBERT
1717 COLLINS AVENUE
MIAMI BEACH, FL  33139  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

|  |  |
| --- | --- |
| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| Title | MGRM | | Title | MGRM |
| --- | --- | --- | --- | --- |
| Name | BALZEBRE, ROBERT | | Name | STEELE, JOHN |
| Address | 1717 COLLINS AVENUE | | Address | 1717 COLLINS AVENUE |
| City-State-Zip: | MIAMI BEACH  FL  33139 | | City-State-Zip: | MIAMI BEACH  FL  33139 |

| Title | MGRM |
| --- | --- |
| Name | BALZEBRE, ANTHONY SR. |
| Address | 1717 COLLINS AVENUE |
| City-State-Zip: | MIAMI BEACH  FL  33139 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: ROBERT BALZEBRE                MGRM                03/22/2013

Electronic Signature of Signing Authorized Person(s) Detail                Date

<u>**SUPPLEMENT 1**</u>

**INTELLECTUAL PROPERTY LAWYERS PROFESSIONAL LIABILITY
NEW ATTORNEY INFORMATION SUPPLEMENTAL APPLICATION**

**INSTRUCTIONS:**

   A.  This form is to be completed by the Named Insured for each new attorney joining the firm.

   B.  If space is insufficient to answer questions fully, continue on a separate sheet of paper and indicate the question number.

   C.  Answer all questions completely.

   D.  This supplemental application must be signed and dated by the New Attorney, and also the proprietor, partner, member or officer of the Named Insured authorized to procure and bind insurance for the firm.

**This Supplement will form a part of the basic application submitted for the firm named below.**

---

1.  A. Named Insured of Expiring Policy (or Renewal Applicant, if different):

     STEELE  HANSMEIER

   B. Policy Number:  IPL 4252588 43

   C. Expiration Date:  11/11/11

2.

| Lawyer Name | Designation Code* | Years in Practice | State(s) / Year(s) Admitted | Specialty(ies) ** |
|---|---|---|---|---|
| ROBERT  BALZEBRE | P | 18 | FL, 1993 | 1 P |

  *  **Designation Codes:**   O  =  Officer, Director or Shareholder of the Corporation
                          P  =  Partner of a Partnership
                        CA  =  Contract Attorney
                        E  =  Employed Attorney (must be employee of applicant)
                        OC  =  Of Counsel attorney for whom coverage is desired

  **  **Specialties:**    Refer to Question 11B of the Named Insured's Renewal Application.

3.  On what date did you commence employment with the Named Insured or Renewal Applicant above?     9/15/11

4.  List the lawyers professional liability insurance policies under which you have been insured for each of the past five (5) years, including any periods of NO coverage. If the insurance coverage was through another law firm, only list firm name and dates of employment.

| From: MM/DD/YY | To: MM/DD/YY | Insurance Company | Limit of Liability | Retention/ Deductible |
|---|---|---|---|---|
| / / | NONE | | | |
| / / | / / | | | |
| / / | / / | | | |
| / / | / / | | | |
| / / | / / | | | |

IP – 92 (09/01)

Page 1 of 3

<u>**SUPPLEMENT 1**</u> (continued)

5. Within the last (5) years, have you been refused admission to practice, disbarred, suspended, reprimanded, sanctioned, otherwise disciplined, or held in contempt by any court, administrative agency or regulatory body?  Yes _____ No _✗_

   If yes, please provide complete details on a separate sheet, including a copy of the court's order.

6. Have you ever been the subject of a disciplinary complaint being made to by any court, administrative agency or regulatory body?  Yes _____ No _✗_

   If yes, please provide complete details on a separate sheet, including a copy of the court's order.

7. Within the last (5) years, has any professional liability claim or suit been made against:

   A. you individually, or any firm of which you were a sole proprietor?  Yes _____ No _✗_

   B. any firm of which you were a Partner, Officer, Director or Shareholder, an employee or an Of Counsel?  Yes _____ No _✗_

8. Do you know of any claim, circumstance, incident, act, error or omission arising out of the performance of professional services for others which might reasonably be the basis for a claim or suit against:

   A. you individually, or any firm of which you were a sole proprietor?  Yes _____ No _✗_

   B. any firm of which you were a Partner, Officer, Director or Shareholder, an employee or an Of Counsel?  Yes _____ No _✗_

   **IT IS AGREED THAT, IF SUCH KNOWLEDGE OR INFORMATION EXISTS, ANY CLAIM OR SUIT ARISING THERE FROM WILL BE EXCLUDED FROM THIS PROPOSED COVERAGE.**

   If you answer "yes" to Question 7 or Question 8 above, a Supplemental Claim Information Form must be completed for each claim or incident in order for your application to be considered.

9. Have all matters disclosed in questions 7 or 8 above been reported to your former or current insurer(s)?  _N/A_  Yes _____ No _____

10. Have you had professional liability insurance or similar insurance declined, canceled, non-renewed, or issued only on restricted terms in the last five years?  Yes _____ No _✗_

    If yes, please provide complete details on a separate sheet.

11. Outside Director, Officer, Fiduciary* or Equity Interest Positions

    A. Do you (and / or your spouse or immediate family member) serve as a director or officer, in a **fiduciary*** capacity, or have any ownership interest in the business of a client?  Yes _____ No _✗_

    B. Do you serve as a director, officer, trustee, consultant, employee or partner of, or exercise any **fiduciary*** management control over any business or organization other than that of a client?  Yes _✗_ No _____

       * **Fiduciary** means an administrator, conservator, executor, guardian, trustee receiver, escrow agent or any similar capacity.

       If "yes", to either Part A or B above, complete Part C on the following page.

IP – 92 (09/01)                                                                 Page 2 of 3

**11.**   Outside Director, Officer, Fiduciary* or Equity Interest Positions (Continued from Page 2)

**C.**   If you answered "yes" to either Part A or B above, please complete the following table:

| * | Position Held: | D | = | Director | C | = | Consultant | FM | = | Fiduciary Management Control |
|---|---|---|---|---|---|---|---|---|---|---|
| | | O | = | Officer | E | = | Employee | F | = | Fiduciary |
| | | T | = | Trustee | P | = | Partner | OI | = | Ownership Interest |

| Name of Lawyer, Spouse or Family Member. | Name / Nature of Business | Position Held* (see above) and Date of Affiliation | Client of Lawyer | Description of Professional Services Performed | Total % Equity Interest Held | % of Lawyer's Annual Income | D&O Insurance Or Indemnity Agreement |
|---|---|---|---|---|---|---|---|
| ROBERT BALZEBRE | BALZEBRE FAMILY TRUST | TRUSTEE 9/1/97 | ☐ Yes ☒ No | TRUSTEE | N/A | -O- N/A | ☐ Yes ☒ No |
| | | | ☐ Yes ☐ No | | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No | | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No | | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No | | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No | | | | ☐ Yes ☐ No |

Notice:  It is represented that the information contained herein is true and deemed incorporated into the Named Insured's Lawyers Professional Liability Insurance Application. I/We hereby authorize the release of claim information from any prior insurer to Certain Underwriters at Lloyd's of London.

Notice to New Jersey, New York and Pennsylvania Applicants:  "Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any false information, or conceals for the purpose of misleading information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.  Under New York law, such person shall also be subject to a civil penalty not to exceed $5,000 and the stated value of the claim for each such violation."

Signature of New Attorney

Date   9-15-11

Signature of Proprietor, Partner, Member or Officer of the Named Insured

Date   9/15/11

IP – 92  (09/01)

Page 3 of 3

Page 1

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

STATEMENT DATE
01-25-11

8852280570
1

FDTAAFTTAAFAFFTDTATTDAATDDTTDFADDFDFDDTDFADTTAATADTFFTDTTTTTTDFTT

1    37 99
PAUL ROBERT HANSMEIER
UNIT 404
100 3RD AVE S
MINNEAPOLIS MN 55401-2592

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

TCF BANK IS PLEASED TO INTRODUCE MOBILE BANKING. WITH TEXT BANKING, MOBILE BROWSING OR THE
IPHONE APP YOU CAN BANK FROM THE PALM OF YOUR HAND. TAKE TCF WITH YOU WHEREVER YOU GO!
VISIT WWW.TCFBANK.COM TO GET STARTED. MEMBER FDIC.

---

**CAMPUS CARD CHECKING STUDENT**          STATEMENT PERIOD 12-25-10 THROUGH 01-25-11
**ACCOUNT NUMBER**   8852280570

YOU HAVE OPTED-IN TO TCF OVERDRAFT SERVICE. SEE THE REVERSE SIDE FOR MORE INFORMATION.

**ACCOUNT SUMMARY**   BALANCE 12-24-10       CHECKS/WITHDRAWALS      DEPOSITS/ADDITIONS     BALANCE 01-25-11
                           3,219.00               69,259.00               69,050.00             3,010.00

INTEREST EARNED IN STATEMENT PERIOD         .00
ANNUAL PERCENTAGE YIELD EARNED    .00%

---

**CHECKS PAID**

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1080 | 60,000.00 | 1230 | 84145515 | | | | | | | | |

---

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1227 | 240.00 | ATM DOWN TOWN MARKET | | 0113 | 2,000.00 | WITHDRAWAL |
| | | 97-88-56       MINNEAPOLIS MN | | 0113 | 5,000.00 | AUTOMATED WITHDRAWAL |
| 1228 | 1,000.00 | TRANSFER WITHDRAWAL | | | | HANSMEIER, PAUL R    ING DIRECT |
| | | TRANSFER TO 9440981212 | | 0119 | 40.00 | ATM DOWN TOWN MARKET |
| 1230 | 979.00 | AUTOMATED WITHDRAWAL | | | | 97-88-56       MINNEAPOLIS MN |
| | | HANSMEIER, PAUL R    ING DIRECT | | | | |

---

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 1229 | 60,000.00 | DEPOSIT       REF # 83154942 | | 0113 | 3,050.00 | DEPOSIT       REF # 84199300 |
| 1230 | 5,000.00 | DEPOSIT       REF # 84145512 | | | | |
| 0112 | 1,000.00 | AUTOMATED PHONE TRANSFER DEP | | | | |
| | | FROM ACCOUNT  8440485928 | | | | |

---

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL (612) 823-2265 OR TOLL FREE 1 (800) 823-2265. TDD (612) 339-3075. THANK YOU FOR BANKING WITH US.
NSF\OVERDRAFT FEE IS $35. SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN 55402

STATEMENT DATE
02-23-11

8852280570
0

TFTTFATDFAFFTTAADATDAAATFFDATDFDATDDATTTDFATDFAFFDADTTDATAFDDTDDT

0       37 99
PAUL ROBERT HANSMEIER
UNIT 404
100 3RD AVE S
MINNEAPOLIS MN 55401-2592

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! $25 FREE FOR YOU, $50 FREE
FOR YOUR FRIENDS. PICK UP YOUR FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT WWW.TCFBANK.COM. OFFER SUBJECT
TO LIMITATIONS AND REQUIREMENTS. SEE
A TCF REPRESENTATIVE FOR DETAILS.

MAKE TAX SEASON EASIER - HAVE YOUR IRS REFUND DEPOSITED DIRECTLY INTO YOUR TCF CHECKING OR SAVINGS
ACCOUNT WITH TCF DIRECT DEPOSIT. IF YOU'RE NOT GETTING A REFUND, USE YOUR TCF CHECK CARD TO PAY
YOUR TAXES AND HAVE A RECORD OF YOUR TRANSACTION. SEE A TCF REPRESENTATIVE FOR DETAILS OR GO TO
WWW.TCFBANK.COM. MEMBER FDIC.

---

**CAMPUS CARD CHECKING STUDENT**          STATEMENT PERIOD 01-26-11 THROUGH 02-23-11
**ACCOUNT NUMBER        8852280570**

YOU HAVE OPTED-IN TO TCF OVERDRAFT SERVICE. SEE THE REVERSE SIDE FOR MORE INFORMATION.

| ACCOUNT SUMMARY | BALANCE 01-25-11 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 02-23-11 |
|---|---|---|---|---|
| | 3,010.00 | 55,079.50 | 57,050.00 | 4,980.50 |

INTEREST EARNED IN STATEMENT PERIOD      .00
ANNUAL PERCENTAGE YIELD EARNED    .00%

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 0128 | 5,000.00 | WITHDRAWAL | | 0211 | 30.00 | ATM DOWN TOWN MARKET | |
| 0128 | 7.00 | OFFICIAL CHECK FEE | | | | 97-86-56    MINNEAPOLIS MN | |
| 0204 | 50,000.00 | AUTOMATED WITHDRAWAL | | 0222 | 42.50 | ATM LINDBERGH TERMINAL | |
| | | HANSMEIER,PAUL R   ING DIRECT | | | | SBR4R068    SAINT PAUL MN | |

**DEPOSITS AND OTHER ADDITIONS**

| DATE | AMOUNT | DESCRIPTION | | DATE | AMOUNT | DESCRIPTION | |
|---|---|---|---|---|---|---|---|
| 0128 | 1,000.00 | AUTOMATED PHONE TRANSFER DEP | | 0128 | 1,000.00 | DEPOSIT | REF # 85332192 |
| | | FROM ACCOUNT    8440485928 | | 0202 | 50,000.00 | DEPOSIT | REF # 83296433 |
| 0128 | 5,000.00 | DEPOSIT      REF # 85332325 | | 0221 | 50.00 | DEPOSIT | REF # 81371639 |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL (612) 823-2265 OR TOLL FREE 1 (800) 823-2265. TDD (612) 339-3075. THANK YOU FOR BANKING WITH US.
NSF\OVERDRAFT FEE IS $35. SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.

TCF NATIONAL BANK
801 MARQUETTE AVE
MINNEAPOLIS MN  55402

STATEMENT DATE
06-24-11

8852280570
1

ATTADFATTDDAAFDDTDDADDTTDTATDAFAFFFFDFFDATTTAATDAATFFFDTDDTAAFDTF

1    37 99
PAUL ROBERT HANSMEIER
UNIT 404
100 3RD AVE S
MINNEAPOLIS MN  55401-2592

REFER YOUR FRIENDS TO TCF AND GET
REWARDED! GET $25 FOR EVERY FRIEND
YOU REFER. PICK UP YOUR REFERRAL FORMS
AT ANY TCF BANK OR PRINT THEM ONLINE
AT TCFBANK.COM. OFFER SUBJECT TO
LIMITATIONS AND REQUIREMENTS. SEE A
TCF REPRESENTATIVE FOR DETAILS.

THE FOLLOWING IS ADDED TO YOUR ACCOUNT CONTRACT WITH TCF EFFECTIVE 8-3-11:  TCF SUBSCRIBES TO THE
VISA ACCOUNT UPDATER SERVICE (VAU).  WITH THIS SERVICE, IF YOU GIVE A MERCHANT YOUR VISA CARD NUMBER
AND AUTHORIZE THE MERCHANT TO BILL YOUR CARD PERIODICALLY FOR RECURRING PAYMENTS, ANY REPLACEMENT
CARD NUMBER WE GIVE YOU WILL BE AUTOMATICALLY SENT TO THE MERCHANT IF THE MERCHANT SUBSCRIBES TO
VAU.  THIS APPLIES IF YOUR CARD EXPIRED OR WAS AUTOMATICALLY REPLACED BY TCF. THIS INCLUDES CURRENT
CARD NUMBERS AND ANY CARD NUMBERS ISSUED TO YOU IN THE PREVIOUS 12 MONTHS.  CHANGES TO YOUR CARD
NUMBER AS A RESULT OF A LOST OR STOLEN CARD OR OTHER CARD REPLACEMENT REQUESTS YOU INITIATE WILL NOT
BE UPDATED.  IF YOU PREFER THAT TCF NOT PROVIDE UPDATED CARD INFORMATION TO VAU, PLEASE CALL
1-800-823-2265 OR VISIT TCFBANK.COM FOR INFORMATION ON HOW TO OPT-OUT OF VAU.

---

**CAMPUS CARD CHECKING STUDENT**
**ACCOUNT NUMBER    8852280570**

STATEMENT PERIOD 05-26-11 THROUGH 06-24-11

YOU HAVE OPTED-IN TO TCF OVERDRAFT SERVICE.  SEE THE REVERSE SIDE FOR MORE INFORMATION.

| ACCOUNT SUMMARY | BALANCE 05-25-11 | CHECKS/WITHDRAWALS | DEPOSITS/ADDITIONS | BALANCE 06-24-11 |
|---|---|---|---|---|
| | 17,979.07 | 8,634.99 | .00 | 9,344.08 |

INTEREST EARNED IN STATEMENT PERIOD      .00
ANNUAL PERCENTAGE YIELD EARNED      .00%

---

**CHECKS PAID**

| CHECK NUMBER | AMOUNT PAID | DATE PAID | REF CHECK NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF CHECK NUMBER | CHECK NUMBER | AMOUNT PAID | DATE PAID | REF NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1127 | 1,345.00 | 0601 | 83095994 | | | | | | | | |

---

**OTHER WITHDRAWALS AND CHARGES**

| DATE | AMOUNT | DESCRIPTION | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| 0601 | 7,000.00 | AUTOMATED WITHDRAWAL | 0620 | 100.00 | ATM TCF IDS I |
| | | HANSMEIER,PAUL R    ING DIRECT | | | 97-85-02        MINNEAPOLIS MN |
| 0607 | 189.99 | AUTOMATED WITHDRAWAL | | | |
| | | CHASE            EPAY | | | |

FOR BALANCE, CHECKS PAID INFORMATION, FUNDS TRANSFER, DEPOSIT VERIFICATION, OR OTHER CUSTOMER SERVICE
QUESTIONS, VISIT US ONLINE AT TCFBANK.COM, OR DIRECT INQUIRIES TO THE ADDRESS GIVEN AT THE TOP OF THIS PAGE OR
CALL (612) 823-2265 OR TOLL FREE 1 (800) 823-2265.  TDD (612) 339-3075.  THANK YOU FOR BANKING WITH US.
NSF\OVERDRAFT FEE IS $35.  SEE REVERSE SIDE FOR MORE INFORMATION ABOUT OVERDRAFTS.



DDA Debits - 04/29/2011

DDA Debits - 04/29/2011

DDA Debits - 04/27/2011

DDA Debits - 04/27/2011

DDA Debits - 03/22/2011

DDA Debits - 03/22/2011

DDA Debits - 12/30/2010

DDA Debits - 12/30/2010

DDA Debits - 12/21/2010

DDA Debits - 12/21/2010



Pay to the Order of Padraign Brownf  $ 2,350.00
Two Thousand Three Hundred and Fifty — Dollars
TCF BANK
Minnesota's Most Convenient Bank®
For
DDA Debits - 08/02/2011
>075900575<Associated Bank <20110801> <003291021933>
DDA Debits - 08/02/2011

PAUL ROBERT HANSMEIER
1126 - 5TH ST SE
MINNEAPOLIS, MN 55414-1920
1016
6/30/11 Date
Pay to the Order of Health Partners  $ 351.33
Three Hundred Fifty-One and 33/100 — Dollars
TCF BANK
Minnesota's Most Convenient Bank®
For Health Ins.
"0000035133"
DDA Debits - 07/05/2011
>075900575 ...ASSOCIATED BANK 07/01/11 40902 012345050
DDA Debits - 07/05/2011

PAUL ROBERT HANSMEIER
1126 - 5TH ST SE
MINNEAPOLIS, MN 55414-1920
1015
6/27/11 Date
Pay to the Order of Paul Hansmeier  $ 2,000
Two Thousand and 00/100 — Dollars
TCF BANK
Minnesota's Most Convenient Bank®
For Rent
DDA Debits - 06/30/2011
>075900575<Associated Bank <20110629> <003220904562>
DDA Debits - 06/30/2011

PAUL ROBERT HANSMEIER
1126 - 5TH ST SE
MINNEAPOLIS, MN 55414-1920
1127
5/31/11 Date
Pay to the Order of Paul Hansmeier  $ 1,345.00
One Thousand Forty-Five and 00/100 — Dollars
TCF BANK
Minnesota's Most Convenient Bank®
For Rent, etc.
DDA Debits - 06/01/2011
>075900575<Associated Bank <20110531> <003220407409>
DDA Debits - 06/01/2011

PAUL ROBERT HANSMEIER
1126 - 5TH ST SE
MINNEAPOLIS, MN 55414-1920
1082
5/18/11 Date
Pay to the Order of Monyet LLC  $ 90,000
Ninety Thousand and 00/100 — Dollars
TCF BANK
Minnesota's Most Convenient Bank®
For Estate
DDA Debits - 05/18/2011
20110518 990932001043 >291070001< TCFNATL
DDA Debits - 05/18/2011

Case 3:12-cv-00889-DRH-SCW Document 172-21 *SEALED* Filed 05/16/14 Page 3 of 8
Case: 14-1682 Document: 20-9 Filed: 07/30/2014 Pages: 90 PageID 3965



DDA Credits - 12/29/2010

DDA Credits - 12/29/2010

DDA Debits - 12/29/2010

DDA Debits - 12/29/2010



DDA Debits - 05/06/2011

DDA Debits - 05/06/2011

DDA Debits - 05/05/2011

DDA Debits - 05/05/2011

DDA Debits - 05/03/2011

DDA Debits - 05/03/2011

DDA Debits - 04/26/2011

DDA Debits - 04/26/2011

DDA Debits - 04/07/2011

DDA Debits - 04/07/2011



DDA Debits - 06/08/2011

DDA Debits - 06/08/2011

DDA Debits - 06/06/2011

DDA Debits - 06/06/2011

DDA Debits - 06/03/2011

DDA Debits - 06/03/2011

DDA Debits - 05/18/2011

DDA Debits - 05/18/2011

DDA Debits - 05/18/2011

DDA Debits - 05/18/2011



DDA Debits - 10/09/2012          DDA Debits - 10/09/2012

DDA Debits - 06/05/2012          DDA Debits - 06/05/2012

DDA Debits - 05/03/2012          DDA Debits - 05/03/2012

DDA Debits - 05/01/2012          DDA Debits - 05/01/2012



**CHASE O**

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

June 01, 2013 through June 28, 2013

Account Number: 000000167008100



|ııllıılllıılllaıllllıılılılılılllblılllıılllaıılllbl
00004478 DRE 021 219 18013 NNNNNNNNNNN 1 000000000 60 0000
LIVEWIRE HOLDINGS LLC
1111 LINCOLN RD STE 400
MIAMI BEACH FL 33139-2439

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

### We're clarifying a transaction and fee description

We're clarifying a transaction and fee description that we use on account statements and online activity.
Starting July 22, 2013, if you cash a check and it's returned to us without being paid, we will identify:
- The transaction as Cashed Check Returned, and
- The related fee as Cashed Check Returned Fee (not all checking products are charged a fee for this transaction but for those that are, this fee will still be $12).

**This is not a new transaction type or fee,** just a clearer description of this type of account activity. Today, we describe both deposited and cashed items that are returned to us without being paid as Deposited Item Returned. After July 22, we will use this description only for deposited checks that are returned.

All of the terms and conditions of your account remain the same. If you have questions, please call us toll-free at the number on this statement or visit any Chase branch.

### CHECKING SUMMARY   Chase BusinessSelect Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $11,479.36 |
| Deposits and Additions | 12 | 48,131.02 |
| Checks Paid | 12 | - 7,240.50 |
| ATM & Debit Card Withdrawals | 6 | - 1,372.03 |
| Electronic Withdrawals | 15 | - 29,907.69 |
| Fees and Other Withdrawals | 11 | - 1,121.00 |
| Ending Balance | 56 | $19,969.16 |

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 06/04 | Remote Online Deposit | 1 | | $6,650.00 |
| 06/05 | Deposit 1164441441 | | | 15,500.00 |
| 06/10 | Remote Online Deposit | 1 | | 1,375.00 |
| 06/10 | Remote Online Deposit | 1 | | 250.00 |
| 06/11 | Remote Online Deposit | 1 | | 112.48 |
| 06/12 | Deposit 500167817 | | | 150.00 |
| 06/14 | American Express Settlement 3123588642 | CCD ID: 1134992250 | | 8,343.54 |



June 01, 2013 through June 28, 2013
Account Number:  **000000167008100**

## DEPOSITS AND ADDITIONS  *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 06/18 | Remote Online Deposit | 1 | 2,000.00 |
| 06/19 | Remote Online Deposit | 1 | 500.00 |
| 06/25 | Remote Online Deposit | 1 | 1,750.00 |
| 06/27 | Remote Online Deposit | 1 | 1,500.00 |
| 06/28 | Fedwire Credit Via: U.S. Bank,N.A./081000210 B/O: Monyet LLC Paul Robert Hansmeiminneapolis MN Ref: Chase Nyc/Ctr/Bnf=Livewire Holdings LLC Miami Beach, FL 331392439/Ac-00000001670 Rfb=130628064969 Bbi=/Bnf/Sr # 1-730545288 Imad: 0628Mmqfmp31004596 Trn: 7563209179FI | | 10,000.00 |

**Total Deposits and Additions**      **$48,131.02**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1153 ^ | | 06/03 | $32.89 |
| 1154 ^ | | 06/07 | 25.00 |
| 1155 ^ | | 06/10 | 200.00 |
| 1156 ^ | | 06/10 | 2,101.99 |
| 1157 ^ | | 06/11 | 57.20 |
| 1158 ^ | | 06/17 | 1,480.00 |
| 1159 ^ | | 06/28 | 117.90 |
| 1164 * ^ | | 06/24 | 788.53 |
| 1165 ^ | | 06/17 | 51.00 |
| 1166 ^ | | 06/24 | 1,500.00 |
| 1167 ^ | | 06/25 | 345.99 |
| 1168 ^ | | 06/25 | 540.00 |

**Total Checks Paid**      **$7,240.50**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/13 | Non-Chase ATM Withdraw 06/12 222 14th St Miami Beach FL Card 9490 | $201.98 |
| 06/18 | Non-Chase ATM Withdraw 06/18 1464 Washington Ave Miami Beach FL Card 9490 | 164.80 |
| 06/24 | Non-Chase ATM Withdraw 06/22 1717 N Bayshore DR Miami FL Card 9490 | 202.95 |
| 06/24 | Card Purchase       06/22 Usairways  037231850 800-428-4322 AZ Card 9490 | 397.30 |
| 06/26 | Non-Chase ATM Withdraw 06/26 717 Washington Ave Miami Beach FL Card 9490 | 202.75 |
| 06/28 | Non-Chase ATM Withdraw 06/28 1300 Lincoln Rd, Unit Miami Beach FL Card 9490 | 202.25 |

**Total ATM & Debit Card Withdrawals**      **$1,372.03**



**THE GMS GROUP LLC**
Member FINRA & SIPC
www.gmsgroup.com

5N REGENT STREET
SUITE 513
LIVINGSTON, NJ 07039-1617
973-535-5000 • 800-453-6230

**Branch Toll Free Number**
561-998-6500
800-453-6231

**SEP**
*Account Statement*

**Account Number: 55N-550193**
**Statement Period: 02/01/2014 - 03/31/2014**

SEP FBO JOHN STEELE
PERSHING LLC AS CUSTODIAN
1111 LINCOLN RD
MIAMI BEACH FL 33139-2452

## Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $48,527.81 |
| Change in Account Value | 0.00 |
| **Ending Account Value** | **$48,527.81** |
| Estimated Annual Income | $5,040.00 |

Your Account Executive:
ACE CRUZ
(800) 453-6232

## Asset Allocation

| | This Period | % Allocation |
|---|---|---|
| Cash, Money Funds, and Bank Deposits | 1,007.81 | 2% |
| Fixed Income | 47,520.00 | 98% |
| **Account Total** | **$48,527.81** | **100%** |

PAR-02-CUT     B0034777CSF30050     Go paperless ASK ABOUT E-DELIVERY     Rated Excellent Seven Years In A Row DALBAR RATED COMMUNICATIONS EXCELLENCE     Clearing through Pershing LLC, a wholly owned subsidiary of The Bank of New York Mellon Corporation (BNY Mellon) Pershing LLC, member FINRA, NYSE, SIPC

**THE GMS GROUP** LLC
Member FINRA & SIPC
www.gmsgroup.com

5N REGENT STREET
SUITE 513
LIVINGSTON, NJ 07039-1617
973-535-5000 • 800-453-6230

**Branch Toll Free Number**
561-998-6500
800-453-6231

**April 11, 2013**

PHOENIX VENTURES LLC
ATTN JOHN STEELE
1111 LINCOLN RD
MIAMI BEACH FL 33139-2452

Account Number: 55N-XXXX86

Account Executive Number: M14

ACE CRUZ

**Federal Funds Wire Transfer**

Based on your instruction, we have completed a federal funds wire transfer from your above-referenced account as follows:

| | |
|---|---|
| Date: | April 11, 2013 |
| Amount: | $279,563.66 |
| Sent to: | HSBC BANK USA, NA |

THE GMS GROUP LLC  provides this notice to you as added security in the event that either you did not authorize the transaction or details regarding the transfer are incorrect.

Please contact us at the above address or telephone number with any questions that you may have regarding this transaction.

Clearing through Pershing LLC, a subsidiary
of The Bank of New York Mellon Corporation
Pershing LLC, member FINRA, NYSE, SIPC



**THE GMS GROUP LLC**
5N REGENT STREET
SUITE 513
LIVINGSTON, NJ 07039-1617
973-535-5000 • 800-453-6230
Member FINRA & SIPC
www.gmsgroup.com

**Branch Toll Free Number**
561-998-6500
800-453-6231

**Brokerage**
**Account Statement**

**Account Number: 55N-016310**
**Statement Period: 03/01/2014 - 03/31/2014**

PHOENIX VENTURES LLC #2
JOHN STEELE
1111 LINCOLN RD
SUITE 400
MIAMI BEACH FL 33139-2439

### Valuation at a Glance

| | This Period |
|---|---|
| Beginning Account Value | $174,863.81 |
| Dividends/Interest | 469.35 |
| Change in Account Value | -4.99 |
| **Ending Account Value** | **$175,328.17** |
| Estimated Annual Income | $13,888.26 |
| Total Purchasing Power | $2,711.06 |

**Your Account Executive:**
ACE CRUZ
(800) 453-6232

### Asset Allocation

| | This Period | % Allocation |
|---|---|---|
| Cash, Money Funds, and Bank Deposits | 2,711.06 | 1% |
| Fixed Income | 101,051.17 | 58% |
| Mutual Funds | 71,565.94 | 41% |
| **Account Total (Pie Chart)** | **$175,328.17** | **100%** |

Pie Chart allocation only includes
products that are of positive value.



Page 1 of 12

Rated Excellent
Seven Years In A Row.
DALBAR RATED COMMUNICATIONS
EXCELLENCE

Clearing through Pershing LLC, a wholly owned subsidiary
of The Bank of New York Mellon Corporation (BNY Mellon).
Pershing LLC, member FINRA, NYSE, SIPC.



**CHASE** ⬡

March 01, 2011 through March 31, 2011
Primary Account: **000000940924152**



## CHASE BUSINESS CLASSIC

PHOENIX VENTURES LLC                    Account Number: 000000940924152

## CHECKING SUMMARY

|                        | INSTANCES | AMOUNT       |
|------------------------|-----------|--------------|
| Beginning Balance      |           | $150,000.00  |
| Deposits and Additions | 1         | 30.41        |
| Electronic Withdrawals | 7         | - 149,941.30 |
| Ending Balance         | 8         | $89.11       |

## DEPOSITS AND ADDITIONS

| DATE  | DESCRIPTION |                                              | AMOUNT  |
|-------|-------------|----------------------------------------------|---------|
| 03/30 | Chase       | Nfsc Cpa  Ishares Tr Russ PPD ID: 9003670300 | $30.41  |
| **Total Deposits and Additions** |  |                          | **$30.41** |

## ELECTRONIC WITHDRAWALS

| DATE  | DESCRIPTION |                                            | AMOUNT      |
|-------|-------------|--------------------------------------------|-------------|
| 03/03 | Chase       | Nfsc Cpa  Spdr S&P 500 Et PPD ID: 9003670300 | $45,144.52 |
| 03/03 | Chase       | Nfsc Cpa  Vanguard Intl E PPD ID: 9003670300 | 45,057.07  |
| 03/03 | Chase       | Nfsc Cpa  Ishares Tr Russ PPD ID: 9003670300 | 14,727.59  |
| 03/03 | Chase       | Nfsc Cpa  Ishares Tr Msci PPD ID: 9003670300 | 7,696.25   |
| 03/03 | Chase       | Nfsc Cpa  Powershares Db  PPD ID: 9003670300 | 7,434.50   |
| 03/09 | Chase       | Nfsc Cpa  Vanguard Sector PPD ID: 9003670300 | 14,969.76  |
| 03/15 | Chase       | Nfsc Cpa  Powershares Db  PPD ID: 9003670300 | 14,911.61  |
| **Total Electronic Withdrawals** |  |                        | **$149,941.30** |

## DAILY ENDING BALANCE

| DATE  | AMOUNT     |
|-------|------------|
| 03/03 | $29,940.07 |
| 03/09 | 14,970.31  |
| 03/15 | 58.70      |
| 03/30 | 89.11      |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits                     | 7                      |
| Deposits / Credits                       | 1                      |
| Deposited Items                          | 0                      |
| **Transaction Total**                    | **8**                  |

Page 3 of 6

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID: 023Jan14-638



July 01, 2011 through July 29, 2011
Primary Account: 000000940924152



## CHASE BUSINESSCLASSIC

PHOENIX VENTURES LLC                          Account Number: 000000940924152



## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $3,565.11 |
| Deposits and Additions | 1 | 25.00 |
| Electronic Withdrawals | 1 | - 3,565.11 |
| Fees and Other Withdrawals | 1 | - 25.00 |
| Ending Balance | 3 | $0.00 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/13 | Miscellaneous Fee Reversal | $25.00 |
| **Total Deposits and Additions** |  | **$25.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/12 | 07/12 Online Wire Transfer Via: Citibank/0008 A/C: Charles Schwab & CO., Inc. New York NY 10005 US Ref: For Further Credit To Phoenix Ventures Llc 7740-7748/Bnf/For Further Credit To Phoenix Ventures Llc 7740-7748 Ssn: 0297278 Trn: 0782900193Es | $3,565.11 |
| **Total Electronic Withdrawals** |  | **$3,565.11** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/12 | Wire Online Domestic Fee | $25.00 |
| **Total Fees & Other Withdrawals** |  | **$25.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/12 | -$25.00 |
| 07/13 | 0.00 |



CHASE ○

April 30, 2011 through May 31, 2011
Account Number:   000000941867160

## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1139 *^ | | 05/31 | 2,900.00 |
| 1186 *^ | | 05/10 | 360.00 |
| 1209 *^ | | 05/10 | 1,080.00 |
| 1236 *^ | | 05/10 | 4,020.00 |
| 1240 *^ | | 05/26 | 250.00 |
| 10001 *^ | | 05/10 | 607.70 |
| **Total Checks Paid** | | | **$186,667.47** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | 05/02 Online Wire Transfer Via: Citibank/0008 A/C: Charles Schwab & CO., Inc. New York NY 10005 US Ref: For Further Credit To Phoenix Ventures Llc 7740-7748/Bnf/For Further Credit To Phoenix Ventures Llc 7740-7748 Ssn: 0110229 Trn: 0493900122Es | $100,000.00 |
| 05/02 | ADP TX/Fincl Svc ADP - Tax 578019309215Gll CCD ID: 9333006057 | 12,379.82 |
| 05/02 | ADP TX/Fincl Svc ADP - Tax Rmgtl 050301A01 CCD ID: 1223006057 | 4,711.06 |
| 05/06 | ADP Payroll Fees ADP - Fees 2Rgtl 6207877 CCD ID: 9659605001 | 82.50 |
| 05/09 | Bk of Amer VI/Mc Online Pmt Ckf032593137POS CCD ID: 9500000000 | 2,240.43 |
| 05/10 | 05/10 Online Wire Transfer Via: Bank of America N.A./0959 A/C: Mgm Grand Hotel - Operating Aclas Vegas NV 89109 US Ref: For Store 310 Watch Boutique/Bnf/For Store 310 Care of John Steele Ssn: 0295020 Trn: 0858800130Es | 62,600.00 |
| 05/11 | Appletree      ACH Pay   Chg74235379      CCD ID: 1510367160 | 272.42 |
| 05/20 | ADP Payroll Fees ADP - Fees 2Rgtl  6740412 CCD ID: 9659605001 | 6.00 |
| 05/26 | 05/26 Online Transfer To  Chk Xxxxx3470 Transaction#: 2072374052 | 3,725.00 |
| 05/26 | Dlx For Business Bus Prod  02020824178128  CCD ID: 1411877307 | 112.54 |
| 05/31 | ADP TX/Fincl Svc ADP - Tax 667028496769Gll CCD ID: 9333006057 | 14,733.03 |
| 05/31 | ADP TX/Fincl Svc ADP - Tax  Rmgtl 060106A01 CCD ID: 1223006057 | 4,711.06 |
| **Total Electronic Withdrawals** | | **$205,573.86** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/02 | Wire Online Domestic Fee | $25.00 |
| 05/10 | Wire Online Domestic Fee | 25.00 |
| 05/20 | Incoming Domestic Wire Fee | 15.00 |
| **Total Fees & Other Withdrawals** | | **$65.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|
| 05/02 | $162,175.28 | 05/06 | 86,297.83 |
| 05/04 | 53,890.78 | 05/09 | 104,232.50 |
| 05/05 | 86,380.33 | 05/10 | 27,347.30 |

Page 4 of 6

THIS PAGE IS PART OF A STATEMENT REQUEST

**CHASE** ⬡

July 01, 2011 through July 29, 2011
Account Number:  000000941867160

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/01 | 07/01 Online Wire Transfer Via: Tcf Mpls/291070001 A/C: Paul Hansmeier Minneapolis MN 55401 US Ref:/Bnf/For Further Credit To Alpha Law Firm Llc Imad: 0701B1Qgc08C001835 Tm: 0879100182Es | $74,731.02 |
| 07/01 | ADP TX/Fincl Svc ADP - Tax  586019849824Gtl CCD ID: 9555555505 | 65.38 |
| 07/05 | 07/05 Online Wire Transfer Via: Citibank/0008 A/C: Charles Schwab & CO., Inc. New York NY 10005 US Ref: For Further Credit To Phoenix Ventures Llc 7740-7748/Bnf/For Further Credit To Phoenix Ventures Llc 7740-7748 Ssn: 0285414 Tm: 0516600186Es | 73,100.00 |
| 07/08 | 07/08 Online Transfer To  Chk Xxxxx7178 Transaction#: 2101116750 | 450.00 |
| 07/08 | ADP Payroll Fees ADP - Fees 2Rgtl  8624511 CCD ID: 9659605001 | 82.50 |
| 07/11 | 07/11 Online Wire Transfer Via: Wells Fargo NA/121000248 A/C: Aba/122105278 Phoenix AZ Ben: Jayme Steele Phoenix AZ 85023 US Imad: 0711B1Qgc02C006704 Tm: 1481100192Es | 500.00 |
| 07/11 | ADP TX/Fincl Svc ADP - Tax  Rmgtl 0692678Vv CCD ID: 1223006057 | 231.26 |
| 07/12 | Bk of Amer Vi/Mc Online Pmt Ckf032593137POS CCD ID: 9500000000 | 1,087.99 |
| 07/12 | Appletree       ACH Pay   Chg74235379     CCD ID: 1510367160 | 185.00 |
| 07/18 | Chase          Epay        1155337668      Web ID: 5760039224 | 15,392.20 |
| 07/22 | ADP Payroll Fees ADP - Fees 2Rgtl  9176544 CCD ID: 9659605001 | 6.00 |
| 07/29 | ADP TX/Fincl Svc ADP - Tax  541021213938Gtl CCD ID: 9333006057 | 15,230.66 |
| 07/29 | ADP TX/Fincl Svc ADP - Tax  Rmgtl 080103A01 CCD ID: 1223006057 | 5,437.40 |
| **Total Electronic Withdrawals** | | **$186,499.41** |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/01 | Wire Online Domestic Fee | $25.00 |
| 07/05 | Wire Online Domestic Fee | 25.00 |
| 07/11 | Wire Online Domestic Fee | 25.00 |
| **Total Fees & Other Withdrawals** | | **$75.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 07/01 | $119,873.60 | 07/18 | 34,878.62 |
| 07/05 | 3,746.01 | 07/19 | 34,166.29 |
| 07/06 | 32,038.00 | 07/20 | 32,248.79 |
| 07/07 | 56,644.74 | 07/21 | 29,434.32 |
| 07/08 | 55,103.49 | 07/22 | 29,428.32 |
| 07/11 | 49,946.79 | 07/26 | 26,528.32 |
| 07/12 | 48,673.80 | 07/27 | 26,405.96 |
| 07/13 | 46,431.65 | 07/28 | 51,405.96 |
| 07/14 | 45,874.82 | 07/29 | 30,737.90 |
| 07/15 | 51,524.82 | | |



September 01, 2011 through September 30, 2011
Account Number:    000000941867160

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1179 ^ | | 09/22 | $25.34 |
| 1180 ^ | | 09/22 | 97.02 |
| 1181 ^ | | 09/22 | 50.68 |
| 1182 ^ | | 09/22 | 50.68 |
| 1302 * ^ | | 09/22 | 346.08 |
| 1304 * ^ | | 09/22 | 76.02 |
| 1305 ^ | | 09/22 | 76.02 |
| 1344 * ^ | | 09/14 | 1,230.00 |
| 1345 ^ | | 09/19 | 330.00 |
| 1346 ^ | | 09/19 | 405.00 |
| 1347 ^ | | 09/14 | 512.50 |
| 10003 * ^ | | 09/06 | 1,658.18 |
| **Total Checks Paid** | | | **$4,857.52** |



If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | ADP TX/Fincl Svc ADP - Tax  422521019491Gtl CCD ID: 9333006057 | $3,747.85 |
| 09/01 | ADP TX/Fincl Svc ADP - Tax  627031983635Gtl CCD ID: 9555555505 | 63.62 |
| 09/02 | ADP TX/Fincl Svc ADP - Tax  Rmgtl 1330958Vv CCD ID: 1223006057 | 288.18 |
| 09/02 | ADP TX/Fincl Svc ADP - Tax  422521019492Gtl CCD ID: 9555555505 | 18.80 |
| 09/07 | 09/07 Online Transfer To  Chk Xxxxx3470 Transaction#: 2141276283 | 425.00 |
| 09/07 | Chase        Epay      1183127159      Web ID: 5760039224 | 23,008.87 |
| 09/08 | 09/08 Online Wire Transfer Via: Tcf Mpls/291070001 A/C: Paul Hansmeier Minneapolis MN 55401 US Ref:/Bnf/For Further Credit To Alpha Law Firm Llc Imad: 0908B1Qgc01C003767 Trn: 0867300251Es | 50,000.00 |
| <mark>09/08</mark> | 09/08 Online Wire Transfer Via: Citibank/0008 A/C: Charles Schwab & CO., Inc. New York NY 10005 US Ref: For Further Credit To Phoenix Ventures Llc 7740-7748/Bnf/For Further Credit To Phoenix Ventures Llc 7740-7748 San: 0322615 Trn: 0875600251Es | <mark>50,000.00</mark> |
| 09/09 | ADP Payroll Fees ADP - Fees 2Rgtl  1018347 CCD ID: 9659605001 | 87.00 |
| 09/12 | 09/12 Online Wire Transfer Via: US Bank Minnesota/091000022 A/C: Nadezhda Wood Roseville MN 55113 US Ref:/Time/11:28 Imad: 0912B1Qgc02C004100 Trn: 0875400255Es | 3,000.00 |
| 09/12 | Appletree      ACH Pay    Chg74235379      CCD ID: 1510367160 | 104.83 |
| 09/16 | 09/16 Online Transfer To  Chk Xxxxx7178 Transaction#: 2147657475 | 100.00 |
| 09/26 | 09/26 Online Transfer To  Chk Xxxxx7178 Transaction#: 2153806198 | 0.12 |
| 09/28 | American Express Web Remit  110928062664456 Web ID: 2005032111 | 7,638.75 |
| 09/30 | ADP TX/Fincl Svc ADP - Tax  Rmgtl 100305A01 CCD ID: 1223006057 | 7,400.79 |
| 09/30 | ADP Payroll Fees ADP - Fees 2Rgtl  1820298 CCD ID: 9659605001 | 6.00 |
| **Total Electronic Withdrawals** | | **$145,889.81** |

**CHASE** 

October 01, 2011 through October 31, 2011

Account Number:   **000000941867160**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 1298 ^ | | 10/11 | $1,675.00 |
| 1342 * ^ | | 10/03 | 2,180.26 |
| 1343 ^ | | 10/03 | 753.95 |
| 1349 * ^ | | 10/07 | 100.00 |
| 1350 ^ | | 10/18 | 361.95 |
| 1352 * ^ | | 10/07 | 401.00 |
| 1354 * ^ | | 10/17 | 130.00 |
| 1355 ^ | | 10/13 | 401.00 |
| 1356 ^ | | 10/13 | 401.00 |
| 1357 ^ | | 10/13 | 401.00 |
| 1358 ^ | | 10/18 | 7,230.00 |
| 1359 ^ | | 10/12 | 2,055.00 |
| 1360 ^ | | 10/12 | 1,365.00 |
| 1361 ^ | | 10/13 | 690.00 |
| 1362 ^ | | 10/07 | 1,145.84 |
| 1363 ^ | | 10/24 | 401.00 |
| 10004 * ^ | | 10/11 | 2,603.83 |
| 10005 ^ | | 10/11 | 932.18 |

**Total Checks Paid**                                                   **$23,228.01**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/03 | 10/01 Online Transfer To  Chk Xxxxx4110 Transaction#: 2157563690 | $15,000.00 |
| 10/03 | 10/03 Online Transfer To  Chk Xxxxx7178 Transaction#: 2158800332 | 2,118.19 |
| 10/03 | 10/03 Online Wire Transfer Via: Citibank/0008 A/C: <mark>Charles Schwab & CO., Inc.</mark> New York NY 10005 US Ref: For Further Credit To Phoenix Ventures Llc 7740-7748/Bnf/For Further Credit To Phoenix Ventures Llc 7740-7748 Ssn: 0306798 Trn: 1266600276Es | <mark>50,000.00</mark> |
| 10/03 | ADP TX/Fincl Svc ADP - Tax  64202025819 4Gtl CCD ID: 9333006057 | 14,447.47 |
| 10/03 | Chase        Epay       1197126256     Web ID: 5760039224 | 12,396.11 |
| 10/03 | American Express Web Remit  11 100 1066383727 Web ID: 2005032111 | 149.98 |
| 10/04 | 10/04 Online Wire Transfer Via: Tcf Mpls/291070001 A/C: Paul Hansmeier Minneapolis MN 55401 US Ref:/Bnf/For Further Credit To Alpha Law Firm Llc Imad: 1004B1Qgc03C001336 Trn: 0394700277Es | 65,150.00 |
| 10/04 | ADP TX/Fincl Svc ADP - Tax  64202025819 5Gtl CCD ID: 9555555505 | 85.92 |
| 10/05 | 10/05 Online Transfer To  Chk Xxxxx7178 Transaction#: 2160488709 | 287.68 |
| 10/05 | ADP TX/Fincl Svc ADP - Tax  Rmgtl 1370953Vv CCD ID: 1223006057 | 263.08 |
| 10/11 | 10/11 Online Transfer To  Chk Xxxxx3097 Transaction#: 2164543442 | 156.98 |
| 10/14 | ADP Payroll Fees ADP - Fees 2Rgtl  2356548 CCD ID: 9659605001 | 84.75 |
| 10/21 | ADP Payroll Fees ADP - Fees 2Rgtl  2646374 CCD ID: 9659605001 | 6.00 |

After recording, please return to:
TCF National Bank
Attn: File Review  002-01-P
101 E. 5th Street, Suite 101
St. Paul, MN  55101

### CONSUMER LOAN MORTGAGE

**TCF NATIONAL BANK**                                 Account Number:  099 - 021
**MINNESOTA RETAIL LENDING DEPARTMENT**

NOTWITHSTANDING ANYTHING TO THE CONTRARY HEREIN, THE MAXIMUM PRINCIPAL
INDEBTEDNESS SECURED BY THIS MORTGAGE IS
SIX HUNDRED TWENTY THOUSAND DOLLARS AND 00 CENTS
Dollars ( $620,000.00        ).
This CONSUMER LOAN MORTGAGE ("Mortgage") is made this __15th__ day of __March , 2013_____ , by
PAUL  HANSMEIER and PADRAIGIN  BROWNE
Husband and Wife                                 whose address is
225 PORTLAND AVE, UNIT 507 MINNEAPOLIS MN 55401 _____ (the "Borrower"), who
grants, conveys, mortgages and warrants to TCF National Bank, a national banking association, 2508
South Louise Avenue, Sioux Falls, SD  57106  (the "Lender"), land and property in
Hennepin _____ County, Minnesota, described as:
  SEE ATTACHED EXHIBIT A

street address: 100 3RD AVE S #3201  MINNEAPOLIS MN 55401 _____
property identification no. 2302924320809
together with all buildings, improvements, and fixtures on the property, whether now on the property or
added in the future, and all easements and other rights that pertain to the property (collectively the
"Property"). This Mortgage secures performance and payment under the terms of this Mortgage and
Borrower's note dated the same date as this Mortgage in the principal amount of
SIX HUNDRED TWENTY THOUSAND DOLLARS AND 00 CENTS
Dollars ( $620,000.00        ), subject to any written amendments to the note agreed to by Lender and
Borrower ("Note").  In addition to the indebtedness due under the Note, this Mortgage secures Protective
Advances which may be in excess of the maximum principal amount stated above with interest thereon
and any other charges due under the Note  (collectively "Debt") and the performance of any covenants
and agreements of the Borrower contained herein.  "Protective Advance" is defined as a payment made
by Lender for performance of covenants of Borrower pertaining to insuring or preserving the Property
upon Borrower's failure to perform.  The full Debt, if not paid earlier, is due and payable on  03/28/2043 .
☐  If the box preceding this sentence is checked, the interest rate under the Borrower's Note is variable
and can change monthly, as described in the Note.

Borrower promises and agrees:
  1.  To keep the Property in good repair, and to also comply with all laws and ordinances, which
      affect the Property.
  2.  To pay all taxes, assessments, and water bills levied on the Property, and any other amounts
      which could become a senior Security Interest.  "Security Interest" includes any lien,
      mortgages or other encumbrance.
  3.  To perform all obligations under any Security Interest on the Property.  As of the date hereof,
      there exists no other Security Interest on the Property, other than as disclosed to Lender on
      the title insurance commitment or property report or other title evidence obtained by Lender
      prior to accepting this Mortgage, or on Borrower's loan application.
  4.  To keep the Property insured against fire, windstorm, flood, and such other hazards as
      Lender may require, in an amount and manner acceptable to Lender, and with the proceeds
      made payable in the policies to Lender as mortgagee, and to deliver such proof of insurance
      as Lender may require.  Borrower may obtain insurance from the insurance company of
      Borrower's choice as long as the insurance company is reasonably acceptable to Lender.
      Lender will apply any insurance proceeds to pay the Debt, unless Lender agrees in writing
      that the proceeds can be used differently.  If Lender uses the proceeds to reduce the Debt,
      Borrower will still have to make regular monthly payments until the Debt is satisfied.  If
      Borrower fails to keep the Property insured, Lender may, but is not required to, obtain such
      insurance to protect Lender's interest.  Such insurance obtained by Lender may not protect
      Borrower's equity interest in the Property.  Lender is not required to obtain the lowest cost
      insurance that might be available.
  5.  That if all or part of the Property is condemned or taken by eminent domain, Borrower directs
      the party condemning or taking the Property to pay all of the money to Lender.  Lender will
      apply the money to pay the Debt, unless Lender agrees in writing that the money can be used
      differently.  If Lender uses the money to reduce the Debt, Borrower will still have to make
      regular monthly payments until the Debt is satisfied.

                                    099027     page 1 of 4     1/18/2012

Property Search                                                                                                                          8/7/13 11:04 AM



| Home | Departments | Government | Employees | Calendar | | Call 3-1-1 | | Search |

  

MIAMI-DADE COUNTY PROPERTY APPRAISER

# Carlos Lopez-Cantera
PROPERTY APPRAISER

| Property Appraiser Home | Exemptions & Other Benefits | Real Estate | Tangible Personal Property | Public Records | Online Tools | Tax Roll Administration | About Us | Contact Us |

The Property Appraiser does not send tax bills and does not set or collect taxes. Please visit the Tax Collector's website directly for additional information.

Facebook   Twitter                                                        🖶 Print   ✉ E-mail Link    Share

**Search:** *Folio, Owner Name or Address*
Enter either folio, owner name, or address.

### Selected Property Information

- Property Information
- Full Legal Description
- Assessment Information
- Benefits Information
- **Sales Information**
- Additional Information

### Featured Online Tools

- Report Homestead Fraud
- Tax Comparison
- Tax Estimator
- TRIM Notice
- View Taxes
- Additional Online Tools
- Comparable Sales

| | |
|---|---|
| Folio: | 01-4114-006-0310 |
| Property Address: | 50 SAMANA DR |
| Owner: | JOHN STEELE KERRY STEELE |
| Mailing Address: | 50 SAMANA DRIVE MIAMI FL 33133 |

**Sales Information**

| Previous Sale | Price | OR Book-Page | Qualification Description |
|---|---|---|---|
| 04/17/2013 | $766000 | 28593-0220 ▶ | Qual by exam of deed |
| 01/01/2000 | $350000 | 18984-3708 ▶ | 2008 and prior year sales; Qual by exam of deed |
| 03/01/1973 | $70000 | 00000-00000 ▶ | 2008 and prior year sales; Qual by exam of deed |

For more information about the Department of Revenue's Sales Qualification Codes, click here.

Street Map | **Aerial Map**

     



CITY OF MIAMI - BUILDING DEPARTMENT

# NOTICE OF COMMENCEMENT

Please file at 22 N.W. 1st Street, Miami

PERMIT NUMBER: BD13 - 023892 - 001

FOLIO NUMBER: _____

CFN 2013R0917876
OR Bk 28919 Pg 1966; (1ps)
RECORDED 11/20/2013 10:31:33
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

State of Florida
County of Miami-Dade

The undersigned hereby gives notice that improvements will made to certain real property, and in accordance with Chapter 713.23, Florida Statuses, the following is provided in this Notice of Commencement.

Street address: 50 SAMANA DR _____ and Legal description of property: SINGLE FAMILY ____

Description of improvement: COMPLETE INTERIOR DEMOLITION + REMODEL, NEW WINDOWS + DOORS, NEW; HVAC, PLUMBING, ELECTRICAL, POOL + WASTE, EXTERIOR REMODEL, LANDSCAPE, DRIVEWAY.

Owner's name: JOHN STEELE _____ and address: 50 SAMANA DR COCONUT GROVE 33133

Interest in property: OWNER
Name of fee simple titleholder (if other than owner) and address: _____

Contractor's name: DANIEL R. HUFF _____ and address: 1165 NE 135th ST N. MIA. FL 33161
Phone number: 786-273-0576

Amount of Surety bond: _____:(Payment bond required by owner from contractor, if any)
Surety's name: _____ and address: _____
Phone number: _____

Lender's name: _____ and address: _____
Phone number: _____

Persons with the state of Florida designated by Owner, upon whom notices or other documents may be served as provided by Section 713.13(1)(a)7, Florida Statues,
Name: _____ and address: _____
Phone number: _____

In addition to himself, Owner designates the following person(s) to receive a copy of a Lienor's Notice as provided in Section 713.13(1)(b)7, Florida Statues,
Name: _____ and address: _____
Phone number: _____

Expiration date of this Notice of Commencement: _____(the expiration date is one [1] year from the date of recording unless a different date is specified)

x _____
Owner's Signature

JOHN STEELE
Owner's Name (printed)

Sworn to and subscribed before me on this 19
By: John Lawrence Steele
Notary Public: Jennifer Ramirez
Print Notary Public Name: Jennifer Ramirez
Oath taken ☑  Oath not taken ☐
Commission Expiration: July 25, 2014

day of November 2013
Personally Known, or Produced ID FDL S340472410620

Prepared By: Jennifer Ramirez
Address: 1020 Alton
Miami Beach FL 33139

JENNIFER RAMIREZ
Notary Public - State of Florida
My Comm. Expires Jul 25, 2014
Commission # EE 2131

Rev. Dec/11/2012

Generated on Jun/04/2013 10:46 AM

CFN 2014R0074324
OR Bk 29010 Pg 1852; (1pg)
RECORDED 01/30/2014 10:45:00
HARVEY RUVIN, CLERK OF COURT
MIAMI-DADE COUNTY, FLORIDA
LAST PAGE

# NOTICE OF COMMENCEMENT

**A RECORDED COPY MUST BE POSTED ON THE JOB SITE AT TIME OF FIRST INSPECTION**

PERMIT NO. _____   TAX FOLIO NO. _____

**STATE OF FLORIDA
COUNTY OF DADE**

THE UNDERSIGNED hereby gives notice that improvements will be made to
certain real property, and in accordance with Chapter 713, Florida Statutes,
the following information is provided in this Notice of Commencement:

1. Legal description of property and street address: _50 Samana Drive_
_Lot 6 Blk 3   Folio 01-4114-006-0310_

2. Description of improvement: _New pool, spa, deck_

3. Owner (s) name and address: _John Steele   50 Samana Drive_
_Miami Fl 33133_

Interest in property: _____

Name and address of fee simple titleholder: _____

4. Contractor's name and address: _Swimming Pools of Florida_
_6914 NW 50 St Miami Fl 33166_

5. Surety: (Payment bond required by owner from contractor, if any)

Name and address: _____

Amount of bond: $ _____

6. Lender's name and address: _____

7. Persons within the State of Florida designated by Owner upon whom notices or other documents may be served as provided by Section 713.13
(1) (a) 7., Florida Statutes: _____

Name and address: _____

8. In addition to himself, Owner designates the following person (s) to receive a copy of the Lienor's Notice as provided in Section 713. 13 (1)
(b) 7., Florida Statutes: _____

Name and address: _____

9. Expiration date of this Notice of Commencement (the expiration date is 1 year from the date of recording unless a different date is specified) _____

x _____
Signature of Owner

Print Owner's Name _John Steele_                    Prepared by: _____

Sworn to and subscribed before me this _21_ day of _01_, 20 _14_

Notary Public _Q. Baez_                              Address: _____

Print Notary's Name _Angela Baez_

My Commission Expires: _____

Form 104